AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CIGAR CITY BREWING, LLC )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:17cv1728T33TBM
CIGAR CITY SMOKED SALSA, LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CIGAR CITY SMOKED SALSA, LLC
C/O ROY KANE, REGISTERED AGENT
5106 NORTH 30TH STREET
TAMPA, FL 33610

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
2017 JUL 19 PM 3:20
RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C. DOUGLAS MCDONALD
CARLTON FIELDS JORDEN BURT, PA
P.O. BOX 3239
TAMPA, FL 33601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 1 9 2017

*Signature of Clerk or Deputy Clerk*