**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CIGAR CITY BREWING, LLC

       Plaintiff                 Case No.:  8:17-cv-01728-VMC-TBM

v.

CIGAR CITY SMOKED SALSA, LLC

       Defendant

_____/

## COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN, WITH INJUNCTIVE RELIEF SOUGHT AND JURY TRIAL DEMANDED

Plaintiff Cigar City Brewing LLC, a Florida limited liability company, files this Complaint against Defendant Cigar City Smoked Salsa, LLC, a Florida limited liability company.

## JURISDICTION AND VENUE

1.      This is an action for monetary, injunctive, and declaratory relief arising under the trademark laws of the United States, including the Lanham Act, 15 U.S.C. § 1051 *et seq.* and under common law.

2.      This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 1338(a), and 15 U.S.C. § 1121(a), because this action arises under the laws of the

United States, specifically under the Trademark Laws of the United States, 15 U.S.C. §1051 *et seq*. The court can exercise supplemental jurisdiction over the related state law claims under 28 USC § 1367(a), because those claims are joined with related claims under the Lanham Act.

3.   This court has personal jurisdiction over the Defendant because it maintains its principal place of business in Florida.

4.   Venue is proper in the Middle District of Florida under 28 U.S.C. § 1391(b)(2), because Defendant's business is located in this District, and a substantial part of the events or omissions alleged in this Complaint occurred in this district.

5.   Venue is proper in this Division under Local Rule 1.02(b)(4) and (c), because the county with the greatest nexus to this case is Hillsborough County.


## **PARTIES**


6.   Plaintiff is a Florida limited liability company with its principal place of business at 3924 West Spruce Street, Tampa, Florida 33607.

7.   Plaintiff is engaged in, among other activities, brewing and sale of beer and ale (collectively, "beers"), and the operation of a facility where customers may purchase and consume Plaintiff's beers and other products.

8.    Defendant, on information and belief, is a Florida limited liability company having its principal office at 5106 North 30th Street, Tampa, Florida 33610. (Exhibit 1.)

9.   On information and belief, Defendant manufactures and distributes smoked salsa in Florida, and, at all times relevant to this Complaint, Defendant had regular and

systematic contacts with and currently does substantial business within this District.

**PLAINTIFF CIGAR CITY BREWING LLC AND ITS TRADEMARKS**

10.    Plaintiff brews and distributes a broad range of award-winning beers in connection with a series of trademarks. (See Exhibit 2)

11.    Plaintiff owns the trademark CIGAR CITY BREWING (the "Mark"), which it uses in connection with the sale of all of Plaintiff's beers.

12.    Plaintiff has been using the Mark continuously in connection with the sale and distribution of beers since at least as early as March, 2009 in the Tampa Bay area and beyond.

13.    Plaintiff has enjoyed remarkable success and recognition with consumers for producing exceptional beers under its Mark, becoming the largest craft brewery based in Florida, and has developed considerable goodwill and value in its Mark.

14.    Plaintiff was rated the third best brewer in the world for 2010 – just one year after opening its craft brewery – on the well-known website RateBeer.com for the beers sold under its Mark. http://www.ratebeer.com/ratebeerbest/bestbrewers_012010.asp.

15.    Indeed, Plaintiff has been rated among the top five brewers in the world in five of the past seven years out of thousands of brewers on Ratebeer.com. See https://www.ratebeer.com/ratebeerbest/bestbrewers-world2017.asp (rated fourth best brewer in world for 2016 out of more than 20,000 brewers); http://www.ratebeer.com/RateBeerBest/bestbrewers_012013x.asp (rated fourth

3

best                    brewer                    for                    2013);
http://www.ratebeer.com/ratebeerbest/bestbrewers_012012.asp (rated   fifth best
brewer    2012);    http://www.ratebeer.com/ratebeerbest/bestbrewers_012011.asp
(rated fourth best brewer in the world for 2011).

16.    Plaintiff is the owner of U.S. Registration No. 4,665,481 on the Principal Register
       for the mark CIGAR CITY BREWING for beer, and U.S. Registration No.
       4,528,243 on the Principal Register for the mark CIGAR CITY BREWING and
       Design for beer shown below (collectively, the "Marks").



17.    Plaintiff's Marks and their federal registrations are valid and subsisting.  Copies
       of the registration certificates and assignment records for these registrations are
       attached as Exhibit 3.

18.    In addition to being rated among the top brewers in the world, Plaintiff's beers
       have won numerous other awards for quality at prestigious beer festivals and
       competitions and in reviews for beers produced and sold under the CIGAR CITY
       BREWING Marks, including those listed in Exhibit 4.

19.    As a result of the high quality of its craft beer products, Plaintiff's Marks have
       become famous as symbols of the quality of Plaintiff's products.

20.    Plaintiff's beers are distributed and sold under the Marks in at least 12 states,
       from Florida north to New York and west to Colorado and Utah, and consumer
       demand for Plaintiff's beers far outstrips available supply.

112155878.8

21.     Since adopting the Marks, Plaintiff has spent significant sums to advertise and promote its products bearing the Marks.  Plaintiff's marketing and promotion efforts include point-of-sale display materials, sponsorship and donation of CIGAR CITY BREWING beer for events, extensive clothing and accessory merchandising as a secondary source indicator for CIGAR CITY BREWING beer, attendance at beer shows and festivals around the country and at beer tastings and competitions to promote CIGAR CITY BREWING beers, and web design, development and maintenance, among other activities to promote Plaintiff's products.

22.     Plaintiff also promotes its products through a website located at www.cigarcitybrewing.com ("Plaintiff's Website") (Exhibit 5).  Plaintiff's Website offers information on Plaintiff's beers and on the various types of beers being served and sold at its tasting room in its brewery in Tampa, Florida.

23.     Plaintiff owns substantial goodwill and value in its Marks and the trade name CIGAR CITY BREWING LLC.

24.     Plaintiff has received considerable public recognition and acclaim in numerous unsolicited news media stories, blogs, interviews and reviews.

25.     Plaintiff has achieved significant commercial success in connection with the use of Plaintiff's Marks.  Through Plaintiff's efforts, the Marks have become famous as designators of the source of Plaintiff's products.

**DEFENDANT'S CONDUCT**

26.  On information and belief, Defendant was formed in 2012 and has at all times done business as CIGAR CITY SMOKED SALSA, LLC.

27.  On information and belief, Defendant first sold its products bearing the trademark CIGAR CITY SMOKED SALSA in 2012.  On information and belief, at a subsequent time Defendant changed its labeling to bear the trademark CIGAR CITY SALSA, deleting the word "SMOKED".

28.  On August 7, 2015, Defendant filed an application for federal registration of the trademark CIGAR CITY SALSA for salsa in the United States Patent and Trademark Office ("USPTO"), as Application Serial No. 86/717,924 (Exhibit 6). When that application was refused registration by the USPTO, Defendant amended it to seek registration on the Supplemental Register, which carries no presumption of ownership of the mark for the identified goods (Exhibit 7). Registration No. 5,014,834 issued for the mark on the Supplemental Register on August 2, 2016 (Exhibit 8) and Plaintiff has filed a petition to cancel that registration that is pending in the USPTO (Exhibit 9).

29.  On October 5, 2016, Defendant filed an application for federal registration of the trademark CIGAR CITY SALSA for barbeque sauce, hot sauce, salsa and seasonings, as Application Serial No. 87/193,661 (Exhibit 10).  Defendant claimed a date of first use for that mark of January 11, 2012 and has sought registration on the Principal Register under Section 2(f) of the United States Trademark Laws (15 U.S.C. § 1052(f)), on the basis of claiming five years of continuous and substantially exclusive use of that mark.  Registration of that

6

application has been opposed by Plaintiff, and an opposition proceeding in the USPTO is currently pending (Exhibit 11).

30.    On information and belief, Plaintiff has now further changed its labeling on some of its products to use of a trademark comprising simply CIGAR CITY, without the word "SALSA" (Exhibit 12).

31.    On information and belief, Defendant selected the CIGAR CITY SALSA and CIGAR CITY marks, the CIGAR CITY SMOKED SALSA trade name, and the domain name cigarcitysalsa.com in an effort to associate its business with Plaintiff and its Marks.

## DEFENDANT'S ACTIONS ARE INTENDED TO CAUSE CONFUSION OR MISTAKE WITH PLAINTIFF'S TRADEMARKS

32.    There is no question that Defendant has at all relevant times been aware of Plaintiff's use of its Marks.

33.    On information and belief, Defendant has, since prior to 2015, been aware of the favorable reputation and recognition of Plaintiff's Marks.

34.    Plaintiff's beers and Defendant's salsa are sold in the same channels of trade, including grocery stores, and liquor stores.  For example, both parties' products are sold in Publix Supermarkets, Walmart stores and ABC liquor stores, among others (Exhibits 13, 14, 15 and 16).

35.    Beer and salsa, typically with snack chips, or with salsa on or in entrees, are frequently consumed together by the same persons and are thus purchased by the same types of consumers.

112155878.8

36.     Brewers commonly extend their brands to a wide range of food products, including salsa, barbeque sauce, hot sauce and many other food products. (See, e.g., Exhibit 17)

37.     Defendant's use of the mark CIGAR CITY, especially with the successive deletion of "SMOKED" and then of "SALSA", is likely to cause consumers to be confused, mistaken, or deceived into believing that Defendant's goods come from or are connected with or are otherwise authorized, sponsored, or licensed by Plaintiff, when in fact they do not.

38.     The marks CIGAR CITY SALSA and CIGAR CITY, when used for Defendant's goods, so resemble the Plaintiff's Marks as to be likely to cause confusion, mistake and/or deception.  There have, in fact, been instances of actual confusion as to the source of Defendant's goods, in which both store purchasing agents and consumers have believed that Defendant's salsa is produced or sold by Plaintiff.

## DAMAGES CAUSED BY DEFENDANT

39.     Defendant's conduct has caused and, unless permanently enjoined, will continue to cause irreparable injury to Plaintiff in the form of lost goodwill, diminished reputation and increased costs.

40.     To the extent that Defendant's products are distinguishable from those of Plaintiff, Defendant's conduct has diluted and, unless permanently enjoined, will continue to dilute the distinctive quality of Plaintiff's Marks.

41.     The threatened, continued injury to Plaintiff outweighs whatever damage the proposed injunction may cause Defendant, because Defendant has at all times

112155878.8

been aware of Plaintiff's Marks, and Defendant has no legitimate interest in the continued use of a mark and trade name confusingly similar to Plaintiff's Marks.

42.     The public interest will be furthered by the granting of a permanent injunction, because the trademark laws were designed to prevent consumer confusion.

43.     Plaintiff is further entitled to recover from Defendant all of the damages available under the applicable laws, including, but not limited to, actual damages, enhanced damages, interest and attorneys' fees and costs it has sustained and will sustain, and any gains, profits and advantages obtained by Defendant as a result of the acts alleged herein.  At present, such amounts cannot be fully ascertained by Plaintiff.

44.     Plaintiff has retained the law firm of Carlton Fields Jorden Burt P.A. ("Carlton Fields") to enforce its rights in this matter, and it has agreed to pay that firm a reasonable attorney's fee for the services herein.


## COUNT I

## TRADEMARK INFRINGEMENT BY DEFENDANT-15 U.S.C. § 1114(1)


45.     Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 44, above, as if fully set forth herein.

46.     Defendant's trademarks CIGAR CITY SALSA and CIGAR CITY, used in connection with the sale and promotion of its products, are confusingly similar to Plaintiff's Marks shown in Federal Registration Nos. 4,665,481 and 4,528,243 and are likely to cause confusion, mistake, or deception of the public as to the origin, sponsorship or approval of Defendant's products.

47.     By reason of Defendant's wrongful conduct, Plaintiff has been damaged.

112155878.8

48.   By reason of the irreparable harm done to Plaintiff by the use of the infringing marks, Plaintiff is entitled to injunctive relief preventing further use of the terms CIGAR CITY or CIGAR CITY SALSA in connection with the sale or offering for sale of products by or for the benefit of Defendant.

49.   Plaintiff is further entitled to an order cancelling Supplemental Registration No. 5,014,834 and holding as abandoned Federal Application Serial No. 87/193,661 of Defendant.

50.   By reason of Defendant's willfulness, Plaintiff is entitled to enhanced damages as permitted by statute.

## COUNT II

## FALSE DESIGNATION OF ORIGIN AND FALSE ADVERTISING - 15 U.S.C. § 1125(a)

51.   Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 50, above, as if fully set forth herein.

52.   Defendant's actions in adopting and using a trademark that is confusingly similar to Plaintiff's Marks are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Defendant's products and thus constitute false designation of origin in violation of 15 U.S.C. § 1125(a).

53.   Defendant's use of CIGAR CITY and CIGAR CITY SALSA in its advertising and promotion also constitutes false and misleading advertising and promotion, by misrepresenting the nature, characteristics, and/or qualities of its products, in violation of 15 U.S.C. § 1125(a)(1)(B), at least because Defendant's products are not associated with, or endorsed, by Plaintiff.

10

54.     By reason of Defendant's false designation and false and misleading advertising and promotion, Plaintiff has been damaged, including by loss of goodwill in Plaintiff's Marks.

55.     Defendant's false designation and false and misleading advertising and promotion have enabled it to earn profits to which it is not in law, equity or good conscience entitled and which have unjustly enriched it, all to Defendant's profit and to Plaintiff's loss, and Plaintiff is entitled to recover such profits.

56.     By reason of the irreparable harm done to Plaintiff as a result of Defendant's false designation and false and misleading advertising and promotion, Plaintiff is entitled to injunctive relief preventing further use of CIGAR CITY or CIGAR CITY SALSA in advertising done by Defendant in connection with its products.

## COUNT III

## COMMON LAW TRADEMARK INFRINGEMENT

57.     Plaintiff repeats and re-alleges the allegations set forth in Paragraphs 1 through 56 above as if fully set forth herein.

58.     Plaintiff has common law rights in the Marks.

59.     Defendant infringed Plaintiff's common law rights in the Marks by, at least, selling, offering for sale, and advertising products under the marks CIGAR CITY SMOKED SALSA, CIGAR CITY SALSA, and CIGAR CITY, using the trade name Cigar City Smoked Salsa, and using the domain name cigarcitysmokedsalsa.com.

112155878.8

60.     Defendant's uses of CIGAR CITY in promotion of Defendant's goods is likely to confuse consumers who understand CIGAR CITY to be an indication of the source of goods and services manufactured, offered, provided or endorsed by Plaintiff.

61.     Defendant's conduct constitutes common law trademark infringement and misappropriation of Plaintiff's goodwill under the common law of Florida, by reason of which Plaintiff has suffered and will continue to suffer irreparable injury.

## **JURY TRIAL DEMAND**

62.     Plaintiff demands trial by jury of all issues so triable.

WHEREFORE, Plaintiff requests this Court grant the following in relief:

a.     Entry of an Order of injunctive relief to enjoin all infringing use by Defendant of any mark incorporating the term "CIGAR CITY", including, but not limited to the marks CIGAR CITY, CIGAR CITY SALSA and CIGAR CITY SMOKED SALSA.

b.     A declaration declaring that Defendant's actions violated the rights of Plaintiff in Plaintiff's Marks.

c.     An Order canceling Supplemental Registration No. 5,014,834 and requiring abandonment of Federal Trademark Application Serial No. 87/193,661 for the mark CIGAR CITY SALSA;

d.     Entry of an Order enjoining Defendant from applying for or registering any mark incorporating the term "CIGAR CITY";

e.     Entry of an Order requiring Defendant to provide an accounting of profits and sales made or arising from any products bearing any of the trademarks CIGAR CITY SMOKED SALSA, CIGAR CITY SALSA or CIGAR CITY;

f.      All remedies permitted by 15 U.S.C. §§ 1117 and 1125, including, but not limited to, recovery of Defendant's profits, Plaintiff's damages, enhanced damages, and Plaintiff's reasonable attorney fees and costs;

g.      All remedies permitted by Florida common law including, but not limited to, a declaration of Defendant's dilutive use, recovery of Defendant's profits and Plaintiff's damages, an injunction preventing further infringement and the costs of this action;

h.      Such further relief as this court deems just and proper.

Dated July 19, 2017.

Respectfully submitted,

Carlton Fields Jorden Burt P.A.

*s/ C. Douglas McDonald*
(FBN 296538)
dmcdonald@carltonfields.com
Carlton Fields Jorden Burt P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
Telephone:  813-223-7000
Fax:  813-229-4133
*Counsel for Plaintiff CIGAR CITY BREWING LLC*

112155878.8

# EXHIBIT 1

Florida Department of State



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Limited Liability Company
CIGAR CITY SMOKED SALSA, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000005383 |
| **FEI/EIN Number** | 45-4240056 |
| **Date Filed** | 01/11/2012 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 01/08/2015 |
| **Event Effective Date** | NONE |

**Principal Address**

5106 NORTH 30TH STREET
TAMPA, FL 33610

Changed: 01/08/2015

**Mailing Address**

5106 NORTH 30TH STREET
TAMPA, FL 33610

Changed: 01/08/2015

**Registered Agent Name & Address**

KANE, ROY
5106 NORTH 30TH STREET
TAMPA, FL 33610

Name Changed: 01/08/2015

Address Changed: 01/08/2015

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

KANE, ROY
5106 NORTH 30TH STREET
TAMPA, FL 33610

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/20/2015 |
| 2016 | 02/29/2016 |
| 2017 | 01/16/2017 |

**Document Images**

| | |
|---|---|
| 01/16/2017 -- ANNUAL REPORT | View image in PDF format |
| 02/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2012 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT 2



| CORES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jai Alai IPA** CANS & DRAFT | | | | | | | | | | | | |
| **Lager** CANS & DRAFT | | | | | | | | | | | | |
| **Florida Cracker White Ale** CANS & DRAFT | | | | | | | | | | | | |
| **Invasion Pale Ale** CANS & DRAFT | | | | | | | | | | | | |
| **Maduro Brown Ale** CANS & DRAFT | | | | | | | | | | | | |

# CORES

# BEER CHEAT SHEET

## HECHO A MANO IN TAMPA, FLORIDA





| ABV |
|---|
| 7.5% |

| OG |
|---|
| 17 |

| IBU |
|---|
| 70 |

| SRM |
|---|
| 17 |

## Jai Alai®
### *INDIA PALE ALE*

**BEER DESCRIPTION**
Jai Alai, a game native to the Basque region of Spain, is played on a court called a fronton. Jai Alai players attempt to catch a ball using a curved mitt whilst the ball travels at speeds up to 188mph! Proving they have a sense of humor the Spanish dubbed this game, with its ball traveling at racecar speeds, "the merry game." Tampa was once home to a bustling Jai Alai fronton but sadly all that remains of Jai Alai in the Tampa Bay area is this India Pale Ale that we brew in tribute to the merry game. The India Pale Ale style of beer has its roots in the ales sent from England to thirsty British troops in India during the 18th century. Pair Jai Alai India Pale Ale with beef empanadas, deviled crabs and other spicy dishes.

**TASTING NOTES**
An intense bouquet of tangerine and candied orange peel entice the nose while flavors of clementines, Valencia orange and subtle caramel provide counterpoint to an assertive bitterness and rich malt character.  Bold hop flavor and aroma from six different hop varietals is front and center in this flavorful American IPA

| INGREDIENTS | PACKAGE |
|---|---|
| Amarillo, Simcoe, Cascade, Motueka, Centennial and CTZ hops | 6-Packs Cans, 1/2 & 1/6 bbl Draft |

| GLASSWARE | AVAILABILITY |
|---|---|
| IPA | Core beer available year round |

**AWARDS**
Ratebeer: 99 overall
BeerAdvocate: A- overall
2010 Best Florida Beer Championship Gold Medal
2011 Best Florida Beer Championship Silver Medal

**12oz Can**



8  97853  00293  6

**Case**



8  59515  00309  5

# BEER CHEAT SHEET

## HECHO A MANO IN TAMPA, FLORIDA





| | |
|---|---|
| **ABV** | 4.5% |
| **OG** | 9.8 |
| **IBU** | 22 |
| **SRM** | 3 |

# Lager
*TAMPA-STYLE LAGER*

**BEER DESCRIPTION**

Inspired by traditional German lagers, our Tampa-style Lager is brewed with German malted barley, Hallertauer hops and an authentic Bavarian lager yeast. We combine these ingredients to create a style that's quite unique to our hometown of Tampa, Florida but will find admirers wherever a crisp, dry and flavorful lager is called for. Familiar to generations, it's truly a beer that's made for drinkin'.

**TASTING NOTES**

German hop aroma boasting floral and spicy notes meld with a nose of bread-like malt and light minerality while hop flavors of grass and a thirst-slaking bitterness are front and center on the palate of this crisp, clean Tampa-style lager.

**AWARDS**

2016 Best Florida Beer Championships, Gold Medal, European & International Beers Category

| **INGREDIENTS** | **PACKAGE** |
|---|---|
| German hops, German malted barley, German lager yeast | 6 pack Cans, 1/2 & 1/6 bbl Draft |

| **GLASSWARE** | **AVAILABILITY** |
|---|---|
| Lager | Core beer available year round |

**12oz Can**



8  97853  00299  8

**Case**



8  59515  00301  9

# BEER CHEAT SHEET

## HECHO A MANO IN TAMPA, FLORIDA





| ABV |
|---|
| 5.5% |

| OG |
|---|
| 12 |

| IBU |
|---|
| 18 |

| SRM |
|---|
| 3 |

### INGREDIENTS
Unmalted wheat, orange peel, coriander

### PACKAGE
6-packs Cans, 1/2 & 1/6 bbl Draft

### GLASSWARE
Lager

### AVAILABILITY
Core beer available year round

**12oz Can**



8  97853  00295  0

**Case**



8  59515  00308  8

## Florida Cracker®
### *BELGIAN-STYLE WHITE ALE*

**BEER DESCRIPTION**
The Cracker Cowboys of Florida were colonial-era settlers, often of Scots-Irish descent, who arrived in Florida when Spain traded their territory of La Florida to the English. The term Cracker in Florida usage relates to the whip these "cow hunters" used to herd cattle in Florida's Palmetto Prairies. Called Quaqueros by the Spanish, these hardy and hard working Cracker Cowboys helped to shape the history of Florida, the nation's oldest cattle raising state. We brew Florida Cracker White Ale with unmalted wheat, orange peel and coriander and then ferment it with a Belgian yeast strain to give it a spicy and dry finish. Perfect for a warm day on the Palmetto Prairie.

**TASTING NOTES**
Citrus aromas of oranges and lime leaves mingle with bubblegum and dried flowers on the nose of this hazy and refreshing Belgian-style White Ale. High carbonation and herbaceous bitterness quench the thirst while lemon-lime esters and flavors of Valencia orange add unique depth of flavor and complexity.

**AWARDS**
Ratebeer: 89 overall
 BeerAdvocate: 84 overall 2015 U.S. Beer Open Championships Silver Medal Witbier Category 2016 Best Florida Beer Championship Bronze Medal Belgian/French Ales Category

# BEER CHEAT SHEET

## HECHO A MANO IN TAMPA, FLORIDA





| ABV |
|:---:|
| 5% |

| OG |
|:---:|
| 12.4 |

| IBU |
|:---:|
| 36 |

| SRM |
|:---:|
| 14 |

### Invasion®
*AMERICAN PALE ALE*

**BEER DESCRIPTION**
The people of Tampa Bay have fallen prey to a pirate invasion annually for well over 100 years. After more than a century of failing to repel these seafaring raiders in their anachronistic wooden ships and despite access to modern sea, land and air arsenals that ostensibly should make short work of wind powered vessels equipped with naught but cast iron cannons and raging scurvy, it occurred to the folks of Cigar City Brewing that if you can't beat them, start saying "Arrrr Matey!" We have brewed Invasion Pale Ale, a citrusy, tropical and low-alcohol session beer brewed for those long days of marauding, pillaging and pirating. Cheers!

| INGREDIENTS | PACKAGE |
|---|---|
| Motueka, Galaxy, Simcoe, Pacifica, Amarillo hops | 6-packs Cans, 1/2 & 1/6 bbl Draft |

**TASTING NOTES**
Tropical aromas dominate the nose of this approachable, low alcohol pale ale with distinct notes of mango, tangerine and soursop.  On the palate, a moderate bitterness is tempered by flavors of navel orange and clementine and a dry, bread-like malt quality that makes this Pale Ale at once approachable and incredibly flavorful.

| GLASSWARE | AVAILABILITY |
|---|---|
| IPA | Core beer available year round |

**AWARDS**
Ratebeer: 96 overall

**12oz Can**



8  59515  00342  2

**Case**



8  59515  00344  6

# BEER CHEAT SHEET

## HECHO A MANO IN TAMPA, FLORIDA





| ABV |
| --- |
| 5.5% |

| OG |
| --- |
| 14 |

| IBU |
| --- |
| 25 |

| SRM |
| --- |
| 32 |

# Maduro
*BROWN ALE*

**BEER DESCRIPTION**
Maduro is a Northern English-style Brown Ale with some American affectations. Maduro is higher in alcohol than the common English Brown Ale and features flaked oats in the malt bill which imparts a silky body and works to mesh the roasted, toasted and chocolate components together in Maduro's complex malt profile. The end result is a remarkably full-flavored yet approachable  Brown Ale that pairs well with mild to medium cigars.

**TASTING NOTES**
Aromas reminiscent of toffee and chocolate macaroons belie the low alcohol content and moderate body of this well-rounded English-style Brown Ale.  Semi-sweet chocolate, almond and brown sugar flavors fill the palate but quickly dissipate into a dry, clean finish with notes of coffee grounds.

**AWARDS**
Ratebeer: [92 overall](#)
  2010 Best Florida Beer Championship Gold Medal
  2011 United States Open Beer Championship Gold Medal

| INGREDIENTS | PACKAGE |
| --- | --- |
| Chocolate malt, flaked oats | 6-pack Cans, 1/2 & 1/6 bbl Draft |

| GLASSWARE | AVAILABILITY |
| --- | --- |
| Lager | Core beer available year round |

**12oz Can**



8  97853  00294  3

**Case**



8  59515  00306  4

# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,528,243**

**Registered May 13, 2014**

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

CIGAR CITY BREWING LLC (FLORIDA LIMITED LIABILITY COMPANY)
SUITE A
3924 W. SPRUCE STREET
TAMPA, FL 33607

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-0-2009; IN COMMERCE 8-12-2009.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CIGAR CITY," "BREWING," AND "TAMPA", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN OVAL WITH AN OUTLINE WITHIN WHICH THE WORDING "CIGAR CITY" APPEARS ON TOP, A DESIGN OF A CIGAR WITH A BAND AND AN OVAL CONTAINING THE LETTERS "CCB" SUPERIMPOSED ON THE BAND APPEARS IN THE MIDDLE, AND THE WORDING "TAMPA" APPEARS BELOW THE CIGAR DESIGN."

SER. NO. 85-934,190, FILED 5-16-2013.

JENNY PARK, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                         ETAS ID: TM391443
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | TRADEMARK SECURITY AGREEMENT |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| CIGAR CITY BREWING LLC | | 07/08/2016 | Limited Liability Company: FLORIDA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | HPS INVESTMENT PARTNERS, LLC, AS ADMINISTRATIVE AGENT |
| Street Address: | 40 WEST 57TH STREET, 33RD FLOOR |
| City: | NEW YORK |
| State/Country: | NEW YORK |
| Postal Code: | 10019 |
| Entity Type: | Limited Liability Company: DELAWARE |

### PROPERTY NUMBERS Total: 12

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4459000 | CCB |
| Registration Number: | 4665481 | CIGAR CITY BREWING |
| Registration Number: | 4528243 | CIGAR CITY BREWING TAMPA CCB |
| Registration Number: | 4583813 | FLORIDA CRACKER |
| Registration Number: | 4600418 | HOPPED ON THE HIGH SEAS |
| Registration Number: | 4648932 | HOTTER THAN HELLES |
| Registration Number: | 4392339 | HUMIDOR SERIES |
| Registration Number: | 4392338 | HUNAHPU'S |
| Registration Number: | 4396207 | HUNAHPU'S DAY |
| Registration Number: | 4622538 | INVASION |
| Registration Number: | 4571821 | JAI ALAI |
| Registration Number: | 4571987 | TOCOBAGA |

OP $315.00  4459000

### CORRESPONDENCE DATA

**Fax Number:**          7147558290
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent
using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
**Email:**                  IPDOCKET@LW.COM, KRISTIN.AZCONA@LW.COM
**Correspondent Name:**     LATHAM & WATKINS LLP
**Address Line 1:**         650 Town Center Drive, Suite 2000

| **Address Line 4:** | Costa Mesa, CALIFORNIA 92626 |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 050485-30 |
| **NAME OF SUBMITTER:** | KRISTIN J AZCONA |
| **SIGNATURE:** | /KJA/ |
| **DATE SIGNED:** | 07/14/2016 |

**Total Attachments: 11**
source=Happy Hour - Trademark Security Agreement executed (2)#page1.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page2.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page3.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page4.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page5.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page6.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page7.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page8.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page9.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page10.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page11.tif

Execution Version

## TRADEMARK SECURITY AGREEMENT

TRADEMARK SECURITY AGREEMENT ("Agreement"), dated as of July 8, 2016, by and among CIGAR CITY BREWING LLC, a Florida limited liability company ("CCB"), OSKAR BLUES BREWERY, LLC, a Colorado limited liability company ("OBB"), SALT LAKE BREWING CO., L.C., a Utah limited liability company ("SLBC"), UTAH BREWERS COOPERATIVE, L.C., a Utah limited liability company ("UBC"), and OBB PERRIN HOLDCO CORP., a Delaware corporation ("OBB Perrin"; CCB, OBB Perrin, OBB, SLBC and UBC, individually as a "Grantor" and collectively as "Grantors"), in favor of HPS INVESTMENT PARTNERS, LLC, in its capacity as administrative agent ("Administrative Agent") for the Secured Parties (as defined in the Credit Agreement (as defined below)).

## W I T N E S S E T H:

WHEREAS, pursuant to that certain Credit Agreement, dated as of even date herewith, by and among CCB, OBB, SLBC, UBC and OBB Perrin (each individually as a "Borrower" and collectively as "Borrowers"), the other Loan Parties party thereto from time to time, Administrative Agent and the Lenders party thereto from time to time (as amended, supplemented, amended and restated or otherwise modified from time to time, the "Credit Agreement"), the Lenders have agreed to make Loans to Borrowers;

WHEREAS, pursuant to that certain Security Agreement, dated as of even date herewith, by and among Grantors, the other grantors party thereto and Administrative Agent (including all annexes, exhibits or schedules thereto, as from time to time amended, restated, supplemented or otherwise modified, the "Security Agreement"), as security for all Obligations, each Grantor granted to Administrative Agent, for the benefit of the Secured Parties, a continuing security interest in, lien on, and right of set-off against all Trademarks of such Grantor, whether now owned or existing or hereafter acquired or arising; and

WHEREAS, pursuant to the Security Agreement, each Grantor is required to execute and deliver to Administrative Agent, for the benefit of Secured Parties, this Agreement.

NOW, THEREFORE, in consideration of the premises and the mutual covenants herein contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor hereby agrees as follows:

1.     DEFINED TERMS.  All capitalized terms used but not otherwise defined herein (including in the recitals above) have the meanings given to them in the Credit Agreement.

2.     GRANT OF SECURITY INTEREST IN TRADEMARK COLLATERAL.  Each Grantor hereby grants to Administrative Agent, for the benefit of the Secured Parties, a continuing first priority security interest in, and lien upon, all of such Grantor's presently existing or hereafter acquired right, title and interest in and to the

NY\7689371.4

**TRADEMARK**
**REEL: 005834 FRAME: 0709**

Trademarks, including, without limitation, the Trademarks set forth on <u>Schedule A</u> hereto, all related goodwill, and all proceeds and products thereof.

Notwithstanding the foregoing or anything else contained herein to the contrary, "Trademarks" shall not include any "intent to use" trademark application until such time as such Grantor begins to use such trademark.

3.    SECURITY AGREEMENT.  The security interests granted pursuant to this Agreement are granted in conjunction with, and not in limitation of, the security interests granted to Administrative Agent pursuant to the Security Agreement.  Each Grantor hereby acknowledges and affirms that the rights and remedies of Administrative Agent with respect to the security interest in the Trademarks and related Collateral made and granted hereby are more fully set forth in the Security Agreement, the terms and provisions of which are incorporated by reference herein as if fully set forth herein.

4.    EXECUTION IN COUNTERPARTS.   This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall constitute an original, but all of which shall constitute a single contract. It shall not be necessary in making proof of this Agreement to produce or account for more than one such counterpart.  Delivery of an executed counterpart of a signature page of this Agreement by telecopy or other electronic imaging means shall be effective as delivery of a manually executed counterpart of this Agreement.

5.    GOVERNING LAW.   This Agreement shall be governed by and construed in accordance with the internal laws of the State of New York without giving effect to its choice of law provisions.

[Signature Page Follows]

NY\7689371.4

-2-

IN WITNESS WHEREOF, each Grantor has caused this Agreement to be executed and delivered by its duly authorized officer as of the date first set forth above.

OSKAR BLUES BREWERY, LLC

By: _____
Name:  Christopher Akelman
Title:  Vice President


SALT LAKE BREWING CO., L.C.,
a Utah limited liability company, as a Borrower


By: _____
Name:  Matt Fraser
Title:  Chief Financial Officer


UTAH BREWERS COOPERATIVE, L.C.,
a Utah limited liability company, as a Borrower


By: _____
Name:  Matt Fraser
Title:  Chief Financial Officer


OBB PERRIN HOLDCO CORP.

By: _____
Name:  Christopher Akelman
Title:  Treasurer


CIGAR CITY BREWING LLC

By: _____
Name:  Matt Fraser
Title:  Treasurer and Secretary

**TRADEMARK
REEL: 005834 FRAME: 0711**

IN WITNESS WHEREOF, each Grantor has caused this Agreement to be executed and delivered by its duly authorized officer as of the date first set forth above.

OSKAR BLUES BREWERY, LLC

By:_____
Name:  Christopher Akelman
Title:  Vice President


SALT LAKE BREWING CO., L.C.,
a Utah limited liability company, as a Borrower

By:_____
Name:  Matt Fraser
Title:  Chief Financial Officer


UTAH BREWERS COOPERATIVE, L.C.,
a Utah limited liability company, as a Borrower

By:_____
Name:  Matt Fraser
Title:  Chief Financial Officer


OBB PERRIN HOLDCO CORP.

By: _____
Name:  Christopher Akelman
Title:  Treasurer


CIGAR CITY BREWING LLC

By:_____
Name:  Matt Fraser
Title:  Treasurer and Secretary


Signature Page to Trademark Security Agreement – Oskar Blues

ACCEPTED AND ACKNOWLEDGED BY:

HPS INVESTMENT PARTNERS, LLC,
as Administrative Agent


By: _Michael Fenstermacher_
Name: Michael Fenstermacher
Title: Managing Director

**TRADEMARK
REEL: 005834 FRAME: 0713**

NYV689373.2

## Schedule A

## Registered Trademarks

| Mark | Owner | Status |
|------|-------|--------|
| OSKAR BLUES BLUES BREWERY | Oskar Blues Brewery, LLC | 3198713, registered 1/16/07 |
| OSKAR BLUES GRILL AND BREW | Oskar Blues Brewery, LLC | 3198714, registered 1/16/07 |
| OSKAR BLUES HOME MADE LIQUIDS AND SOLIDS | Oskar Blues Brewery, LLC | 3921192, registered 2/15/11 |
| OLD CHUB | Oskar Blues Brewery, LLC | 3208205, registered 2/13/07 |
| DALE'S PALE ALE | Oskar Blues Brewery, LLC | 3098105, registered 5/30/06 |
| MAMA'S LITTLE YELLA PILS | Oskar Blues Brewery, LLC | 3983771, registered 6/28/11 |
| G'KNIGHT | Oskar Blues Brewery, LLC | 3997561, registered 7/19/11 |
| DEVIANT DALES | Oskar Blues Brewery, LLC | 4208990, registered 9/18/12 |
| G'KNIGHTRO | Oskar Blues Brewery, LLC | 4572575, registered 7/22/14 |
| MOUNTAIN PALE ALE | Oskar Blues Brewery, | Registered |

**TRADEMARK**
**REEL: 005834 FRAME: 0714**

NYY6893732

| Mark | Owner | Status |
|---|---|---|
| TEN FIDY IMPERIAL STOUT and design | Oskar Blues Brewery, LLC | 4395450, registered  9/3/13 Registered |
| (TEN FIDY design) | Oskar Blues Brewery, LLC | 4,005,798, registered 8/2/11 |
| GUBNA IMPERIAL IPA and design | Oskar Blues Brewery, LLC | 4061020, registered 11/22/11 Registered |
| (GUBNA design) | | |
| THE OLD CHUB WAY EXPEDITIOUS CHOW DISPENSARY (stylized) | Oskar Blues Brewery, LLC | 4111142, registered 3/13/12 Registered |
| (THE OLD CHUB WAY design) | | |
| BURNING CAN | Oskar Blues Brewery, LLC | 4583977, registered 8/12/14 Registered |
| G'AFTERNOON | Oskar Blues Brewery, LLC | 4695996, 3/3/2015 Registered |
| DALEGATE | Oskar Blues Brewery, LLC | Pending 86756759, 9/15/15 |
| CANIVERSARY | Oskar Blues Brewery, LLC | Registered |
| Beerito | Oskar Blues Brewery, | 4695484, 3/3/2015 Registered |

| Mark | Owner | Status |
|---|---|---|
| | LLC | 4946355, 4/26/2016 Registered |
| HOT BOX | Oskar Blues Brewery, LLC | 4895864, 2/2/16 Registered |
| Priscilla | Oskar Blues Brewery, LLC | Registered |
| The Deuce | Oskar Blues Brewery, LLC | 4946329, 4/26/2016 |
| DALE'S PALE ALE | Oskar Blues Brewery, LLC | Pending 87049951, 5/25/16 Registration No.: 3098105 Registered: May 30, 2006 |

| Mark | U.S. Serial No. | Filing Date | U.S. Reg. No. | Reg. Date | Registrant/Applicant |
|---|---|---|---|---|---|
| CAPT. BASTARD'S OATMEAL STOUT | 74/581,875 | 4-Oct-94 | 1,925,760 | 10-Oct-95 | Salt Lake Brewing Co., L.C. |
| FULL SUSPENSION PALE ALE | 75/232,357 | 01-Jan-97 | 2,127,348 | 6-Jan-98 | Salt Lake Brewing Co., L.C. |
| GHOSTRIDER | 85/627491 | 16-May-12 | 4,293,492 | 19-Feb-13 | Utah Brewers Cooperative, L.C. |
| GOOD FOR WHAT ALES YOU | 74/584,560 | 12-Oct-94 | 2,007,460 | 15-Oct-96 | Salt Lake Brewing Co., L.C. |
| GOOD FOR WHAT ALES YOU | 74/084,454 | 1-Aug-90 | 1,656,409 | 10-Sep-91 | Salt Lake Brewing Co., L.C. |
| HELL'S KEEP | 77/659,622 | 29-Jan-09 | 3,779,201 | 15-Feb-11 | Salt Lake Brewing Co., L.L.C. |
| HOP RISING | 77/959,493 | 15-Mar-10 | 3,953,411 | 3-May-11 | Salt Lake Brewing Co., L.L.C. |
| SQUATTERS | 74/587,966 | 20-Oct-94 | 1,939,613 | 5-Dec-95 | Salt Lake Brewing Co., L.C. |
| SQUATTERS | 74/587,766 | 20-Oct-94 | 1,979,254 | 11-Jun-96 | Salt Lake Brewing Co., L.C. |
| SQUATTERS | 74/587,975 | 20-Oct-94 | 1,985,070 | 9-Jul-96 | Salt Lake Brewing Co., L.C. |
| BLACK OLANTERN | 86082869 | 4-Oct-13 | 4639114 | 4-Nov-14 | Utah Brewers Cooperative, L.C. |

NY\7689373.2

NY17689373.2

| Mark | U.S. Serial No. | Filing Date | U.S. Reg. No. | Reg. Date | Registrant/Applicant |
|------|-----------------|-------------|---------------|-----------|----------------------|
| BOBSLED | 86177766 | 28-Jan-14 | 4580163 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| BUMPER CROP | 86184494 | 4-Feb-14 | 4597054 | 2-Sep-14 | Utah Brewers Cooperative, LLC |
| CHASING TAIL GOLDEN ALE | 86165846 | 15-Jan-14 | 4580121 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| DEVASTATOR | 86161283 | 9-Jan-14 | n/a | n/a | Utah Brewers Cooperative, LLC |
| LAST ONE IN | 86162025 | 9-Jan-14 | 4634169 | 4-Nov-14 | Utah Brewers Cooperative, LLC |
| LIVE AND LET LIVE | 86184377 | 4-Feb-14 | 4765360 | 30-Jun-15 | Utah Brewers Cooperative, LLC |
| OFF DUTY INDIA PALE ALE | 86135935 | 5-Dec-13 | 4634096 | 4-Nov-14 | Utah Brewers Cooperative, LLC |
| OUTER DARKNESS | 86177752 | 28-Jan-14 | 4580162 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| PASTOR CURFEW | 86805116 | 30-Oct-15 | n/a | n/a | Utah Brewers Cooperative, LLC |
| PARTY IN A BOX | 86177589 | 28-Jan-14 | 4687161 | n/a | Utah Brewers Cooperative, LLC |
| POLYGAMY PORTER | 85591439 | 6-Apr-12 | 4245494 | 20-NOV-12 | Utah Brewers Cooperative, LLC |
| POLYGAMY PORTER | 85590904 | 6-APR-12 | 4253333 | 4-DEC-12 | Utah Brewers Cooperative, LLC |
| PROVO GIRL | 86167082 | 16-Jan-14 | 4580134 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| RESPECT YOUR MOTHER | 86184362 | 4-Feb-14 | 4634257 | 4-Nov-14 | Utah Brewers Cooperative, LLC |
| SNAP DOWN HEADER | 86162018 | 9-Jan-14 | 4634168 | 4-Nov-14 | Utah Brewers Cooperative, LLC |
| SLICKROCK | 86894013 | 29-Oct-15 | 4978076 | 14-Jun-16 | Utah Brewers Cooperative, LLC |
| SQUASATCH HOPPY PILSNER | 86805196 | 30-Oct-15 | n/a | n/a | Utah Brewers Cooperative, LLC |
| WE DRINK OUR SHARE AND SELL THE REST | 86877122 | 15-Jan-16 | 4983325 | 21-Jun-16 | Utah Brewers Cooperative, LLC |
| WASATCH BEERS | 86163765 | 13-Jan-14 | 4580032 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| WEE PEAT SCOTTISH ALE | 86184385 | 4-Feb-14 | n/a | n/a | Utah Brewers Cooperative, LLC |
| FIRST ONE DOWN | 86400110 | Pending application | n/a | n/a | Utah Brewers Cooperative, LLC |

NY\7689373.2

| Mark | U.S. Serial No. | Filing Date | U.S. Reg. No. | Reg. Date | Registrant/Applicant |
|---|---|---|---|---|---|
| WELLIED IRISH STOUT | 86400035 | Pending application filed 19-SEP-14 | n/a | n/a | Utah Brewers Cooperative, L.C. |
| APPLE-A-DAY | 86293585 | Pending application filed 28-MAY-14 | n/a | n/a | Utah Brewers Cooperative, L.C. |

| Mark | Owner | Status |
|---|---|---|
| PERRIN BREWING COMPANY | OBB PERRIN HOLDCO CORP | 4915662, 3/8/2016 Registered |
| 98 PROBLEMS (CUZ' A HOP AIN'T ONE) | OBB PERRIN HOLDCO CORP | Application No.: 86626576 Filed: May 12, 2015 |

| Mark | Owner | Status |
|---|---|---|
| CCB | Cigar City Brewing LLC | Registration No.: 4,459,000 Registered: Dec. 31, 2013 |
| CIGAR CITY BREWING | Cigar City Brewing LLC | Registration No.: 4,665,481 Registered: Jan. 6, 2015 |
| CIGAR CITY BREWING [OVAL LOGO] | Cigar City Brewing LLC | Registration No.: 4,528,243 Registered: May 13, 2014 |
| FLORIDA CRACKER | Cigar City Brewing LLC | Registration No.: 4,583,813 Registered: Aug. 12, 2014 |

TRADEMARK
REEL: 005834 FRAME: 0718

NY\7689373.2

| Mark | Owner | Status |
|------|-------|--------|
| HOPPED ON HIGH SEAS | Cigar City Brewing LLC | Registration No.: 4,600,418<br>Registered: Sep. 9, 2014 |
| HOTTER THAN HELLES | Cigar City Brewing LLC | Registration No.: 4,648,932<br>Registered: Dec. 2, 2014 |
| HUMIDOR SERIES | Cigar City Brewing LLC | Registration No.: 4,392,339<br>Registered: Aug. 27, 2013 |
| HUNAHPU'S | Cigar City Brewing LLC | Registration No.: 4,392,338<br>Registered: Aug. 27, 2013 |
| HUNAHPU'S DAY | Cigar City Brewing LLC | Registration No.: 4,396,207<br>Registered: Sep. 3, 2013 |
| INVASION | Cigar City Brewing LLC | Registration No.: 4,622,538<br>Registered: Oct. 14, 2014 |
| JAI ALAI | Cigar City Brewing LLC | Registration No.: 4,571,821<br>Registered: July 22, 2014 |
| TOCOBAGA | Cigar City Brewing LLC | Registration No.: 4,571,987<br>Registered: July 22, 2014 |
| THE PEREGRINATION PROJECT | Cigar City Brewing LLC | Application No.: 86/451,192<br>Filed: November 11, 2014 |

RECORDED: 07/14/2016

# United States of America
## United States Patent and Trademark Office

# CIGAR CITY BREWING

**Reg. No. 4,665,481**
**Registered Jan. 6, 2015**
**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

CIGAR CITY BREWING LLC (FLORIDA LIMITED LIABILITY COMPANY)
3924 W. SPRUCE STREET
SUITE A
TAMPA, FL 33607

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-28-2009; IN COMMERCE 8-12-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BREWING", APART FROM
THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-792,400, FILED 12-1-2012.

ZACHARY BELLO, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                                        ETAS ID: TM391443
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | TRADEMARK SECURITY AGREEMENT |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| CIGAR CITY BREWING LLC | | 07/08/2016 | Limited Liability Company: FLORIDA |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | HPS INVESTMENT PARTNERS, LLC, AS ADMINISTRATIVE AGENT |
| Street Address: | 40 WEST 57TH STREET, 33RD FLOOR |
| City: | NEW YORK |
| State/Country: | NEW YORK |
| Postal Code: | 10019 |
| Entity Type: | Limited Liability Company: DELAWARE |

## PROPERTY NUMBERS Total: 12

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4459000 | CCB |
| Registration Number: | 4665481 | CIGAR CITY BREWING |
| Registration Number: | 4528243 | CIGAR CITY BREWING TAMPA CCB |
| Registration Number: | 4583813 | FLORIDA CRACKER |
| Registration Number: | 4600418 | HOPPED ON THE HIGH SEAS |
| Registration Number: | 4648932 | HOTTER THAN HELLES |
| Registration Number: | 4392339 | HUMIDOR SERIES |
| Registration Number: | 4392338 | HUNAHPU'S |
| Registration Number: | 4396207 | HUNAHPU'S DAY |
| Registration Number: | 4622538 | INVASION |
| Registration Number: | 4571821 | JAI ALAI |
| Registration Number: | 4571987 | TOCOBAGA |

OP  $315.00  4459000

## CORRESPONDENCE DATA

**Fax Number:**          7147558290

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | IPDOCKET@LW.COM, KRISTIN.AZCONA@LW.COM |
| **Correspondent Name:** | LATHAM & WATKINS LLP |
| **Address Line 1:** | 650 Town Center Drive, Suite 2000 |

| **Address Line 4:** | Costa Mesa, CALIFORNIA 92626 |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 050485-30 |
| **NAME OF SUBMITTER:** | KRISTIN J AZCONA |
| **SIGNATURE:** | /KJA/ |
| **DATE SIGNED:** | 07/14/2016 |

**Total Attachments: 11**

source=Happy Hour - Trademark Security Agreement executed (2)#page1.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page2.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page3.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page4.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page5.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page6.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page7.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page8.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page9.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page10.tif
source=Happy Hour - Trademark Security Agreement executed (2)#page11.tif

## TRADEMARK SECURITY AGREEMENT

TRADEMARK SECURITY AGREEMENT ("Agreement"), dated as of July 8, 2016, by and among CIGAR CITY BREWING LLC, a Florida limited liability company ("CCB"), OSKAR BLUES BREWERY, LLC, a Colorado limited liability company ("OBB"), SALT LAKE BREWING CO., L.C., a Utah limited liability company ("SLBC"), UTAH BREWERS COOPERATIVE, L.C., a Utah limited liability company ("UBC"), and OBB PERRIN HOLDCO CORP., a Delaware corporation ("OBB Perrin"; CCB, OBB Perrin, OBB, SLBC and UBC, individually as a "Grantor" and collectively as "Grantors"), in favor of HPS INVESTMENT PARTNERS, LLC, in its capacity as administrative agent ("Administrative Agent") for the Secured Parties (as defined in the Credit Agreement (as defined below)).

### W I T N E S S E T H:

WHEREAS, pursuant to that certain Credit Agreement, dated as of even date herewith, by and among CCB, OBB, SLBC, UBC and OBB Perrin (each individually as a "Borrower" and collectively as "Borrowers"), the other Loan Parties party thereto from time to time, Administrative Agent and the Lenders party thereto from time to time (as amended, supplemented, amended and restated or otherwise modified from time to time, the "Credit Agreement"), the Lenders have agreed to make Loans to Borrowers;

WHEREAS, pursuant to that certain Security Agreement, dated as of even date herewith, by and among Grantors, the other grantors party thereto and Administrative Agent (including all annexes, exhibits or schedules thereto, as from time to time amended, restated, supplemented or otherwise modified, the "Security Agreement"), as security for all Obligations, each Grantor granted to Administrative Agent, for the benefit of the Secured Parties, a continuing security interest in, lien on, and right of set-off against all Trademarks of such Grantor, whether now owned or existing or hereafter acquired or arising; and

WHEREAS, pursuant to the Security Agreement, each Grantor is required to execute and deliver to Administrative Agent, for the benefit of Secured Parties, this Agreement.

NOW, THEREFORE, in consideration of the premises and the mutual covenants herein contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor hereby agrees as follows:

1.     DEFINED TERMS.  All capitalized terms used but not otherwise defined herein (including in the recitals above) have the meanings given to them in the Credit Agreement.

2.     GRANT OF SECURITY INTEREST IN TRADEMARK COLLATERAL.  Each Grantor hereby grants to Administrative Agent, for the benefit of the Secured Parties, a continuing first priority security interest in, and lien upon, all of such Grantor's presently existing or hereafter acquired right, title and interest in and to the

**TRADEMARK
REEL: 005834 FRAME: 0709**

Trademarks, including, without limitation, the Trademarks set forth on <u>Schedule A</u> hereto, all related goodwill, and all proceeds and products thereof.

Notwithstanding the foregoing or anything else contained herein to the contrary, "Trademarks" shall not include any "intent to use" trademark application until such time as such Grantor begins to use such trademark.

3.     SECURITY AGREEMENT.  The security interests granted pursuant to this Agreement are granted in conjunction with, and not in limitation of, the security interests granted to Administrative Agent pursuant to the Security Agreement.  Each Grantor hereby acknowledges and affirms that the rights and remedies of Administrative Agent with respect to the security interest in the Trademarks and related Collateral made and granted hereby are more fully set forth in the Security Agreement, the terms and provisions of which are incorporated by reference herein as if fully set forth herein.

4.     EXECUTION IN COUNTERPARTS.  This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall constitute an original, but all of which shall constitute a single contract. It shall not be necessary in making proof of this Agreement to produce or account for more than one such counterpart.  Delivery of an executed counterpart of a signature page of this Agreement by telecopy or other electronic imaging means shall be effective as delivery of a manually executed counterpart of this Agreement.

5.     GOVERNING LAW.  This Agreement shall be governed by and construed in accordance with the internal laws of the State of New York without giving effect to its choice of law provisions.

[Signature Page Follows]

NY\7689371.4

TRADEMARK
REEL: 005834 FRAME: 0710

IN WITNESS WHEREOF, each Grantor has caused this Agreement to be executed and delivered by its duly authorized officer as of the date first set forth above.

OSKAR BLUES BREWERY, LLC

By: _____

Name:  Christopher Akelman
Title:  Vice President


SALT LAKE BREWING CO., L.C.,
a Utah limited liability company, as a Borrower


By: _____
Name:  Matt Fraser
Title:  Chief Financial Officer


UTAH BREWERS COOPERATIVE, L.C.,
a Utah limited liability company, as a Borrower


By: _____
Name:  Matt Fraser
Title:  Chief Financial Officer


OBB PERRIN HOLDCO CORP.

By: _____
Name:  Christopher Akelman
Title:  Treasurer


CIGAR CITY BREWING LLC

By: _____
Name:  Matt Fraser
Title:  Treasurer and Secretary


Signature Page to Trademark Security Agreement – Oskar Blues

IN WITNESS WHEREOF, each Grantor has caused this Agreement to be executed and delivered by its duly authorized officer as of the date first set forth above.

OSKAR BLUES BREWERY, LLC

By:_____
Name:  Christopher Akelman
Title:  Vice President


SALT LAKE BREWING CO., L.C.,
a Utah limited liability company, as a Borrower

By:_____
Name:  Matt Fraser
Title:  Chief Financial Officer


UTAH BREWERS COOPERATIVE, L.C.,
a Utah limited liability company, as a Borrower

By:_____
Name:  Matt Fraser
Title:  Chief Financial Officer


OBB PERRIN HOLDCO CORP.

By: _____
Name:  Christopher Akelman
Title:  Treasurer


CIGAR CITY BREWING LLC

By:_____
Name:  Matt Fraser
Title:  Treasurer and Secretary

ACCEPTED AND ACKNOWLEDGED BY:

HPS INVESTMENT PARTNERS, LLC,
as Administrative Agent


By: _Michael Fenstermacher_

Name: Michael Fenstermacher

Title: Managing Director

NYV689373.2

## Schedule A

## Registered Trademarks

| Mark | Owner | Status |
|------|-------|--------|
| OSKAR BLUES BLUES BREWERY | Oskar Blues Brewery, LLC | 3198713, registered 1/16/07 |
| OSKAR BLUES GRILL AND BREW | Oskar Blues Brewery, LLC | 3198714, registered 1/16/07 |
| OSKAR BLUES HOME MADE LIQUIDS AND SOLIDS | Oskar Blues Brewery, LLC | 3921192, registered 2/15/11 |
| OLD CHUB | Oskar Blues Brewery, LLC | 3208205, registered 2/13/07 |
| DALE'S PALE ALE | Oskar Blues Brewery, LLC | 3098105, registered 5/30/06 |
| MAMA'S LITTLE YELLA PILS | Oskar Blues Brewery, LLC | 3983771, registered 6/28/11 |
| G'KNIGHT | Oskar Blues Brewery, LLC | 3997561, registered 7/19/11 |
| DEVIANT DALES | Oskar Blues Brewery, LLC | 4208990, registered 9/18/12 |
| G'KNIGHTRO | Oskar Blues Brewery, LLC | 4572575, registered 7/22/14 |
| MOUNTAIN PALE ALE | Oskar Blues Brewery, | Registered |

NY7689373.2

| Mark | Owner | Status |
|---|---|---|
| TEN FIDY IMPERIAL STOUT and design (logo) | LLC | 4395450, registered 9/3/13 Registered |
| | Oskar Blues Brewery, LLC | 4,005,798, registered 8/2/11 |
| GUBNA IMPERIAL IPA and design (logo) | Oskar Blues Brewery, LLC | Registered 4061020, registered 11/22/11 |
| THE OLD CHUB WAY EXPEDITIOUS CHOW DISPENSARY (stylized) (logo) | Oskar Blues Brewery, LLC | Registered 411142, registered 3/13/12 |
| BURNING CAN | Oskar Blues Brewery, LLC | Registered 4583977, registered 8/12/14 |
| G'AFTERNOON | Oskar Blues Brewery, LLC | Registered 4695996, 3/3/2015 |
| DALEGATE | Oskar Blues Brewery, LLC | Pending 86756759, 9/15/15 |
| CANIVERSARY | Oskar Blues Brewery, LLC | Registered 4695484, 3/3/2015 |
| Beerito | Oskar Blues Brewery, LLC | Registered |

| Mark | Owner | Status |
|---|---|---|
| HOT BOX | Oskar Blues Brewery, LLC | 4946355, 4/26/2016 Registered |
| Priscilla | Oskar Blues Brewery, LLC | 4895864, 2/2/16 Registered |
| The Deuce | Oskar Blues Brewery, LLC | 4946329, 4/26/2016 Registered |
| DALE'S PALE ALE | Oskar Blues Brewery, LLC | Pending 87049951, 5/25/16 Registration No.: 3098105 Registered: May 30, 2006 |

| Mark | U.S. Serial No. | Filing Date | U.S. Reg. No. | Reg. Date | Registrant/Applicant |
|---|---|---|---|---|---|
| CAPT. BASTARD'S OATMEAL STOUT | 74/581,875 | 4-Oct-94 | 1,925,760 | 10-Oct-95 | Salt Lake Brewing Co., L.C. |
| FULL SUSPENSION PALE ALE | 75/232,357 | 01-Jan-97 | 2,127,348 | 6-Jan-98 | Salt Lake Brewing Co., L.C. |
| GHOSTRIDER | 85/627,491 | 16-May-12 | 4,293,492 | 19-Feb-13 | Utah Brewers Cooperative, L.C. |
| GOOD FOR WHAT ALES YOU | 74/584,560 | 12-Oct-94 | 2,007,460 | 15-Oct-96 | Salt Lake Brewing Co., L.C. |
| GOOD FOR WHAT ALES YOU | 74/084,454 | 1-Aug-90 | 1,656,409 | 10-Sep-91 | Salt Lake Brewing Co., L.C. |
| HELL'S KEEP | 77/659,622 | 29-Jan-09 | 3,779,201 | 15-Feb-11 | Salt Lake Brewing Co., L.L.C. |
| HOP RISING | 77/959,493 | 15-Mar-10 | 3,953,411 | 3-May-11 | Salt Lake Brewing Co., L.L.C. |
| SQUATTERS | 74/587,966 | 20-Oct-94 | 1,939,613 | 5-Dec-95 | Salt Lake Brewing Co., L.C. |
| SQUATTERS | 74/587,766 | 20-Oct-94 | 1,979,254 | 11-Jun-96 | Salt Lake Brewing Co., L.C. |
| SQUATTERS | 74/587,975 | 20-Oct-94 | 1,985,070 | 9-Jul-96 | Salt Lake Brewing Co., L.C. |
| BLACK OLANTERN | 86/082,869 | 4-Oct-13 | 4,639,14 | 4-Nov-14 | Utah Brewers Cooperative, L.C. |

NY\7689373.2

TRADEMARK
REEL: 005834 FRAME: 0716

NY\7689373.2

| Mark | U.S. Serial No. | Filing Date | U.S. Reg. No. | Reg. Date | Registrant/Applicant |
|---|---|---|---|---|---|
| BOBSLED | 86177766 | 28-Jan-14 | 4580163 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| BUMPER CROP | 86184494 | 4-Feb-14 | 4597054 | 2-Sep-14 | Utah Brewers Cooperative, L.C. |
| CHASING TAIL GOLDEN ALE | 86165846 | 15-Jan-14 | 4580121 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| DEVASTATOR | 86161283 | 9-Jan-14 | n/a | n/a | Utah Brewers Cooperative, L.C. |
| LAST ONE IN | 86162025 | 9-Jan-14 | 4634169 | 4-Nov-14 | Utah Brewers Cooperative, L.C. |
| LIVE AND LET LIVE | 86184377 | 4-Feb-14 | 4765360 | 30-Jun-15 | Utah Brewers Cooperative, L.C. |
| OFF DUTY INDIA PALE ALE | 86135935 | 5-Dec-13 | 4634096 | 4-Nov-14 | Utah Brewers Cooperative, L.C. |
| OUTER DARKNESS | 86177752 | 28-Jan-14 | 4580162 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| PASTOR CURFEW | 86805116 | 30-Oct-15 | n/a | n/a | Utah Brewers Cooperative, L.C. |
| PARTY IN A BOX | 86177589 | 28-Jan-14 | 4687161 | n/a | Utah Brewers Cooperative, L.C. |
| POLYGAMY PORTER | 85/591439 | 6-Apr-12 | 4245494 | 20-NOV-12 | Utah Brewers Cooperative, L.C. |
| POLYGAMY PORTER | 85/590904 | 6-APR-12 | 4253333 | 4-DEC-12 | Utah Brewers Cooperative, LLC |
| PROVO GIRL | 86167082 | 16-Jan-14 | 4580134 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| RESPECT YOUR MOTHER | 86184362 | 4-Feb-14 | 4634257 | 4-Nov-14 | Utah Brewers Cooperative, LLC |
| SNAP DOWN HEADER | 86162018 | 9-Jan-14 | 4634168 | 4-Nov-14 | Utah Brewers Cooperative, LLC |
| SLICKROCK | 86894013 | 29-Oct-15 | 4978076 | 14-Jun-16 | Utah Brewers Cooperative, L.C. |
| SQUASATCH HOPPY PILSNER | 86805196 | 30-Oct-15 | n/a | n/a | Utah Brewers Cooperative, L.C. |
| WE DRINK OUR SHARE AND SELL THE REST | 86877122 | 15-Jan-16 | 4983325 | 21-Jun-16 | Utah Brewers Cooperative, L.C. |
| WASATCH BEERS | 86163765 | 13-Jan-14 | 4580032 | 5-Aug-14 | Utah Brewers Cooperative, LLC |
| WEE PEAT SCOTTISH ALE | 86184385 | 4-Feb-14 | n/a | n/a | Utah Brewers Cooperative, L.C. |
| FIRST ONE DOWN | 86400110 | Pending application | n/a | n/a | Utah Brewers Cooperative, L.C. |

| Mark | U.S. Serial No. | Filing Date | U.S. Reg. No. | Reg. Date | Registrant/Applicant |
|---|---|---|---|---|---|
| WELLIED IRISH STOUT | 86400035 | Pending application filed 19-SEP-14 | n/a | n/a | Utah Brewers Cooperative, L.C. |
| APPLE-A-DAY | 86293585 | Pending application filed 28-MAY-14 | n/a | n/a | Utah Brewers Cooperative, L.C. |

| Mark | Owner | Status |
|---|---|---|
| PERRIN BREWING COMPANY | OBB PERRIN HOLDCO CORP | 4915662, 3/8/2016 Registered |
| 98 PROBLEMS (CUZ' A HOP AIN'T ONE) | OBB PERRIN HOLDCO CORP | Application No.: 86626576 Filed: May 12, 2015 |

| Mark | Owner | Status |
|---|---|---|
| CCB | Cigar City Brewing LLC | Registration No.: 4,459,000 Registered: Dec. 31, 2013 |
| CIGAR CITY BREWING | Cigar City Brewing LLC | Registration No.: 4,665,481 Registered: Jan. 6, 2015 |
| CIGAR CITY BREWING [OVAL LOGO] | Cigar City Brewing LLC | Registration No.: 4,528,243 Registered: May 13, 2014 |
| FLORIDA CRACKER | Cigar City Brewing LLC | Registration No.: 4,583,813 Registered: Aug. 12, 2014 |

NY\7689373.2

NYI76893732

| Mark | Owner | Status |
|---|---|---|
| HOPPED ON HIGH SEAS | Cigar City Brewing LLC | Registration No.: 4,600,418 Registered: Sep. 9, 2014 |
| HOTTER THAN HELLES | Cigar City Brewing LLC | Registration No.: 4,648,932 Registered: Dec. 2, 2014 |
| HUMIDOR SERIES | Cigar City Brewing LLC | Registration No.: 4,392,339 Registered: Aug. 27, 2013 |
| HUNAHPU'S | Cigar City Brewing LLC | Registration No.: 4,392,338 Registered: Aug. 27, 2013 |
| HUNAHPU'S DAY | Cigar City Brewing LLC | Registration No.: 4,396,207 Registered: Sep. 3, 2013 |
| INVASION | Cigar City Brewing LLC | Registration No.: 4,622,538 Registered: Oct. 14, 2014 |
| JAI ALAI | Cigar City Brewing LLC | Registration No.: 4,571,821 Registered: July 22, 2014 |
| TOCOBAGA | Cigar City Brewing LLC | Registration No.: 4,571,987 Registered: July 22, 2014 |
| THE PEREGRINATION PROJECT | Cigar City Brewing LLC | Application No.: 86/451,192 Filed: November 11, 2014 |

EXHIBIT 4

## Awards for Quality Made to Cigar City Brewing Beers

**Jai Alai IPA**
Rate Beer: 99 Overall
BeerAdvocate: A-overall
2010: Best Florida Beer Championship- Gold Medal
2011: Best Florida Beer Championship- Silver Medal

**Florida Cracker Belgian-style White Ale**
Rate Beer: 89 Overall
BeerAdvocate: 84 Overall
2015 U.S. Beer Open Championships Silver Medal, Witbier Category
2016 Best Florida Beer Championship Bronze Medal Belgian/French Ales Category

**Invasion Pale Ale: Rate**
**Beer: 96 Overall**
**BeerAdvocate: 88 Overall**
**Draft Magazine: 96 Overall**

**Maduro Brown Ale:**
Rate Beer: 96 Overall
BeerAdvocate: A-overall
2010: Best Florida Beer Championship- Gold Medal
2011: US Open Beer Championship Gold Medal

**Lager:**
2016 Best Florida Beer Championships, Gold Medal, European, European & International Beers Category

**Tocobaga Red Ale:**
Rate Beer: 99 Overall
BeerAdvocate: A-Overall
2012 Gold: Best Florida Beer Championship
2011 Silver: Best Florida Beer Championship

**Guayabera Citra Pale Ale**

**Minaret ESB:**
2012 GABF Gold Medal

**Patio Pils Pre-Prohibition Pilsner:**
Rate Beer: 90 Overall
BeerAdvocate: 84 Overall

**Cubano Espresso Brown Ale:**
RateBeer: 99 Overall
Beer Advocate: A-overall
2010 Best Florida Beer Championship – Gold Medal
2010 Best Florida Beer Championship – 3rd place Best in Show
2011 Best Florida Beer Championship – Gold Medal

**What Oak Jai Alai IPA:**

Ratebeer: 99 overall
BeerAdvocate: A- overall
2011 Best Florida Beer Championship – Silver Medal
2011 United States Open Beer Championship – Silver Medal

**Cucumber Saison:**
Ratebeer: 92 overall
BeerAdvocate: 84 overall

**Bolita Double Nut Brown Ale**
Ratebeer: 98 overall
BeerAdvocate: B+ overall
2015 U.S. Open Beer Championship Gold Medal Imperial Brown Ale Category

**Jose Marti India Style Porter**
Ratebeer: 98 overall
BeerAdvocate: B+ overall
2015 U.S. Open Beer Championship Gold Medal Imperial Brown Ale Category

**Big Sound Scotch Ale**
Ratebeer: 99 overall
BeerAdvocate: 91 overall
2015 U.S. Open Beer Championship Bronze Medal

**Puppy's Breath Robust Porter**
Ratebeer: 99 overall
BeerAdvocate: 91 overall

**Marshal Zhukov's Imperial Stout**
Ratebeer: 100 overall
BeerAdvocate: 100 overall
2015 U.S. Beer Open Championship Gold Medal Imperial Stout Category

**Good Gourd Imperial Pumpkin Ale**
Ratebeer: 98 overall
BeerAdvocate: A- overall

**Oktoberfest Märzen Lager**
Ratebeer: 82 overall
BeerAdvocate: 84 overall

**Warmer Winter Winter Warmer**
Ratebeer: 98 overall
BeerAdvocate: 87 overall

# EXHIBIT 5



BREWERY   ABOUT   STORE   CIGAR CITY BREWING   TASTING ROOM

GOOD TIMES
CHECK OUT THE
EVENT CALENDAR

WHAT'S ON TAP
IN THE TASTING ROOM

WHERE TO FIND CCB BEER
CLICK HERE TO SEARCH

GET YOUR CCB MERCH
VIEW STORE

OUR BEERS          SOCIAL MEDIA      CAREERS
TASTING ROOM       CONTACT           BRANDING

LOGIN
TERMS OF USE
PRIVACY POLICY
DISTRIBUTOR LOGIN

**CCB TWITTER**

We are so excited, honored, & humbled to have placed 4th overall @USOpenBeerChamp #15ofuscelebrationpart... https://t.co/y7LeWf5pNO

FOLLOW CCB →

# EXHIBIT 6

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86717924**
**Filing Date: 08/07/2015**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | Cigar City Salsa |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Cigar City Salsa |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Cigar City Smoked Salsa, LLC |
| **\*STREET** | 5106 North 30th Street |
| **\*CITY** | Tampa |
| **\*STATE** (Required for U.S. applicants) | Florida |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants) | 33610 |
| **PHONE** | 8138715368 |
| **FAX** | 8138715414 |
| **EMAIL ADDRESS** | pamwooten@gmail.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | LIMITED LIABILITY COMPANY |
| **\* STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 030 |

| *IDENTIFICATION | Salsa |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/11/2012 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/11/2012 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT<br>16\867\179\86717924\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Label |

**ADDITIONAL STATEMENTS INFORMATION**

| *TRANSLATION<br>(if applicable) | |
|---|---|
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

**CORRESPONDENCE INFORMATION**

| *NAME | Roy J. Kane |
|---|---|
| FIRM NAME | Cigar City Smoked Salsa, LLC |
| INTERNAL ADDRESS | 5106 North 30th Street |
| *STREET | 5106 North 30th Street |
| *CITY | Tampa |
| *STATE<br>(Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 33610 |
| PHONE | 8138715368 |
| FAX | 8138715414 |
| *EMAIL ADDRESS | pamwooten@gmail.com;mark@cigarcitysalsa.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

**SIGNATURE INFORMATION**

| * SIGNATURE | /Roy J. Kane/ |
|---|---|
| * SIGNATORY'S NAME | Roy J. Kane |
| * SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | |

| SIGNATORY'S PHONE NUMBER | 8138715368 x1118 |
|---|---|
| * DATE SIGNED | 08/07/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86717924**
**Filing Date: 08/07/2015**

## To the Commissioner for Trademarks:

**MARK:** Cigar City Salsa (Standard Characters, see mark)
The literal element of the mark consists of Cigar City Salsa.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Cigar City Smoked Salsa, LLC, a limited liability company legally organized under the laws of Florida, having an address of
  5106 North 30th Street
  Tampa, Florida 33610
  United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
  International Class 030:  Salsa

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 030, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/11/2012, and first used in commerce at least as early as 01/11/2012, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Label.
Specimen File1

The applicant's current Correspondence Information:
  Roy J. Kane
  Cigar City Smoked Salsa, LLC
  5106 North 30th Street
  5106 North 30th Street
  Tampa, Florida 33610
  8138715368(phone)
  8138715414(fax)
  pamwooten@gmail.com;mark@cigarcitysalsa.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Roy J. Kane/   Date Signed: 08/07/2015
Signatory's Name: Roy J. Kane
Signatory's Position: President

RAM Sale Number: 86717924
RAM Accounting Date: 08/07/2015

Serial Number: 86717924
Internet Transmission Date: Fri Aug 07 11:17:59 EDT 2015
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20150807111759761
417-86717924-540624b67bf32194d7d8ee59d5b
3783f0b35174e754238bdafca697b6888c923ec-
CC-8022-20150807103719114709

Cigar City Salsa



# EXHIBIT 7

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86717924 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/86717924/large |
| LITERAL ELEMENT | CIGAR CITY SALSA |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 030 |
| DESCRIPTION | Salsa |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 01/11/2012 |
|    FIRST USE IN COMMERCE DATE | At least as early as 01/11/2012 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 030 |
| DESCRIPTION | Salsa |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 01/11/2012 |
|    FIRST USE IN COMMERCE DATE | At least as early as 01/11/2012 |
| STATEMENT TYPE | **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce]* OR **" The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].* OR **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\867\179\86717924\xml4\ ROA0002.JPG |
| SPECIMEN DESCRIPTION | photo of the goods |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use SALSA apart from the mark as shown. |

| SUPPLEMENTAL REGISTER | The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register'). |
|---|---|

## NEW ATTORNEY SECTION

| | |
|---|---|
| NAME | David R. Ellis |
| FIRM NAME | David R. Ellis, Attorney |
| STREET | 3233 East Bay Drive, Suite 101 |
| CITY | Largo |
| STATE | Florida |
| ZIP/POSTAL CODE | 33771 |
| COUNTRY | United States |
| PHONE | 7275311111 |
| FAX | 7275315088 |
| EMAIL | ellislaw@alum.mit.edu |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## CORRESPONDENCE SECTION

| | |
|---|---|
| ORIGINAL ADDRESS | ROY J. KANE<br>Cigar City Smoked Salsa Llc<br>5106 N 30th St<br>Tampa<br>Florida<br>US<br>33610-5102 |

## NEW CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | David R. Ellis |
| FIRM NAME | David R. Ellis, Attorney |
| STREET | 3233 East Bay Drive, Suite 101 |
| CITY | Largo |
| STATE | Florida |
| ZIP/POSTAL CODE | 33771 |
| COUNTRY | United States |
| PHONE | 7275311111 |
| FAX | 7275315088 |
| EMAIL | ellislaw@alum.mit.edu |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## SIGNATURE SECTION

| | |
|---|---|
| DECLARATION SIGNATURE | /David R. Ellis/ |
| SIGNATORY'S NAME | David R. Ellis |
| SIGNATORY'S POSITION | Applicant |
| SIGNATORY'S PHONE NUMBER | 727-531-1111 |
| DATE SIGNED | 04/27/2016 |

| | |
|---|---|
| **RESPONSE SIGNATURE** | /David R. Ellis/ |
| **SIGNATORY'S NAME** | David R. Ellis |
| **SIGNATORY'S POSITION** | Attorney |
| **SIGNATORY'S PHONE NUMBER** | 727-531-1111 |
| **DATE SIGNED** | 04/27/2016 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Apr 27 16:32:53 EDT 2016 |
| **TEAS STAMP** | USPTO/ROA-XXX.XXX.XX.XX-2 0160427163253563927-86717 924-5507ebb96e35ac1beb7b4 28ac1e2538dbaa10edc5eb85e e22d54dffba432041c8-N/A-N /A-20160427162342358998 |

---

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **86717924** CIGAR CITY SALSA(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86717924/large) has been amended as follows:

### CLASSIFICATION AND LISTING OF GOODS/SERVICES
**Applicant proposes to amend the following class of goods/services in the application:**
Current: Class 030 for Salsa
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 01/11/2012 and first used in commerce at least as early as 01/11/2012 , and is now in use in such commerce.

Proposed: Class 030 for Salsa
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 01/11/2012 and first used in commerce at least as early as 01/11/2012 , and is now in use in such commerce. Applicant hereby submits one(or more) specimen(s) for Class 030 . The specimen(s) submitted consists of photo of the goods .
**"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce]* OR **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. Specimen File1

### ATTORNEY ADDRESS

Applicant proposes to amend the following:
**Proposed:**
David R. Ellis of David R. Ellis, Attorney, having an address of
3233 East Bay Drive, Suite 101 Largo, Florida 33771
United States
ellislaw@alum.mit.edu

7275311111
7275315088


**CORRESPONDENCE ADDRESS CHANGE**
Applicant proposes to amend the following:
**Current:**
ROY J. KANE
Cigar City Smoked Salsa Llc
5106 N 30th St
Tampa
Florida
US
33610-5102

**Proposed:**
David R. Ellis of David R. Ellis, Attorney, having an address of
3233 East Bay Drive, Suite 101 Largo, Florida 33771
United States
ellislaw@alum.mit.edu
7275311111
7275315088



**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use SALSA apart from the mark as shown.


**Supplemental Register**
The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register').


**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b),

1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /David R. Ellis/     Date: 04/27/2016
Signatory's Name: David R. Ellis
Signatory's Position: Applicant
Signatory's Phone Number: 727-531-1111


**Response Signature**
Signature: /David R. Ellis/     Date: 04/27/2016
Signatory's Name: David R. Ellis
Signatory's Position: Attorney

Signatory's Phone Number: 727-531-1111


The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   David R. Ellis
   David R. Ellis, Attorney
   3233 East Bay Drive, Suite 101
   Largo, Florida 33771

Serial Number: 86717924
Internet Transmission Date: Wed Apr 27 16:32:53 EDT 2016
TEAS Stamp: USPTO/ROA-XXX.XXX.XX.XX-2016042716325356
3927-86717924-5507ebb96e35ac1beb7b428ac1
e2538dbaa10edc5eb85ee22d54dffba432041c8-
N/A-N/A-20160427162342358998



# EXHIBIT 8

# United States of America

## United States Patent and Trademark Office

# Cigar City Salsa

**Reg. No. 5,014,834**

**Registered Aug. 02, 2016**

**Int. Cl.: 30**

**Trademark**

**Supplemental Register**

Cigar City Smoked Salsa, LLC (FLORIDA LIMITED LIABILITY COMPANY)
5106 North 30th Street
Tampa, FL 33610

CLASS 30: Salsa

FIRST USE 1-11-2012; IN COMMERCE 1-11-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SALSA"

SER. NO. 86-717,924, FILED P.R. 08-07-2015; AM. S.R. 04-27-2016

KRISTIN MARI WILLIAMS, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 9

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA767058** |
|---|---|
| Filing date: | **08/26/2016** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following party requests to cancel indicated registration.

## Petitioner Information

| Name | Cigar City Brewing LLC | | |
|---|---|---|---|
| Entity | Limited Liability Company | Citizenship | Florida |
| Address | 3924 West Spruce Street<br>Tampa, FL 33607<br>UNITED STATES | | |

| Attorney information | Glenn A. RIce<br>Funkhouser Vegosen Liebman & Dunn Ltd.<br>55 W. Monroe St., Suite 2300<br>Chicago, IL 60603<br>UNITED STATES<br>grice@fvldlaw.com Phone:312 701-6895 |
|---|---|

## Registration Subject to Cancellation

| Registration No | 5014834 | Registration date | 08/02/2016 |
|---|---|---|---|
| Registrant | Cigar City Smoked Salsa, LLC<br>5106 North 30th Street<br>Tampa, FL 33610<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

| Class 030. First Use: 2012/01/11 First Use In Commerce: 2012/01/11<br>All goods and services in the class are cancelled, namely: Salsa |
|---|

## Grounds for Cancellation

| Priority and likelihood of confusion | Trademark Act Sections 14(1) and 2(d) |
|---|---|

## Marks Cited by Petitioner as Basis for Cancellation

| U.S. Registration No. | 4665481 | Application Date | 12/01/2012 |
|---|---|---|---|
| Registration Date | 01/06/2015 | Foreign Priority Date | NONE |
| Word Mark | CIGAR CITY BREWING | | |

| Design Mark | |
|---|---|
| | CIGAR CITY BREWING |
| Description of Mark | NONE |
| Goods/Services | Class 032. First use: First Use: 2009/03/28 First Use In Commerce: 2009/08/12 Beer |

| U.S. Registration No. | 4528243 | Application Date | 05/16/2013 |
|---|---|---|---|
| Registration Date | 05/13/2014 | Foreign Priority Date | NONE |
| Word Mark | CIGAR CITY BREWING TAMPA CCB | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of an oval with an outline within which the wording "CIGAR CITY" appears on top, a design of a cigar with a band and an oval containing the letters "CCB" superimposed on the band appears in the middle, and the wording "TAMPA" appears below the cigar design." | | |
| Goods/Services | Class 032. First use: First Use: 2009/03/00 First Use In Commerce: 2009/08/12 Beer | | |

| U.S. Application/ Registration No. | NONE | Application Date | NONE |
|---|---|---|---|
| Registration Date | NONE | | |
| Word Mark | CIGAR CITY BREWING trade name | | |
| Goods/Services | Beer | | |

| Attachments | 85792400#TMSN.png( bytes )<br>85934190#TMSN.png( bytes )<br>Petition to Cancel - Cigar City Salsa.pdf(336287 bytes ) |

# Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /glenn rice/ |
| Name | Glenn A. Riceb |
| Date | 08/26/2016 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

**In the matter of trademark Registration No. 5,014,834**

**For the mark CIGAR CITY SALSA**

| | | |
|---|---|---|
| **CIGAR CITY BREWING LLC,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Cancellation No. _____** |
| | ) | |
| **CIGAR CITY SMOKED SALSA, LLC,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## PETITION TO CANCEL

Petitioner Cigar City Brewing LLC ("Petitioner") is a Florida limited liability company with a place of business in Tampa, Florida.

To the best of Petitioner's knowledge, the name of the current owner of the above-identified registration is Cigar City Smoked Salsa, LLC, 5106 North 30th Street, Tampa, Florida 33610.

Petitioner believes that it will be damaged by the continued registration of the above-identified registration and hereby petitions to cancel the same on the grounds stated below:

1.      Petitioner is the largest and oldest craft brewer in Florida, and it is one of the country's leading craft breweries.  Petitioner is engaged in the business of producing and selling craft beer under the mark and trade name CIGAR CITY BREWING, and it is the owner of the CIGAR CITY BREWING mark and trade name.

2.      In addition to its common law trademark rights, Petitioner is the owner of U.S. Reg. No. 4,665,481 on the Principal Register for the mark CIGAR CITY BREWING for beer, and it is the owner of U.S. Reg. No. 4,528,243 on the Principal Register for the CIGAR CITY BREWING logo mark for beer shown below (hereinafter collectively, the "CIGAR CITY BREWING Marks"):



3.      Petitioner's registrations for the CIGAR CITY BREWING Marks are valid and subsisting and printouts of the registrations from the electronic database of the U.S. Patent and Trademark Office showing the current status and title of the registrations are attached hereto as Exhibit A and submitted into evidence on behalf of Petitioner in accordance with Rule 2.122 of the Trademark Rules of Practice.

4.      Since at least as early as March 2009, and long prior to the application filing date for the CIGAR CITY SALSA mark and any date of first use upon which Respondent can rely, Petitioner has used the CIGAR CITY BREWING Marks and trade name.

5.      Petitioner has enjoyed immense success in its business and owns substantial goodwill and value in its CIGAR CITY BREWING Marks and trade name.  Petitioner has won numerous awards for its beer at prestigious beer festivals and competitions and it has been rated by RateBeer.com as one of the best breweries in the world based on consumer review of its beer

2

marketed and sold under the CIGAR CITY BREWING Marks and trade name.  Petitioner has further received considerable critical acclaim and publication recognition in numerous news media stories, blogs, interviews, and reviews.

6.      On August 7, 2015, Respondent filed Application Ser. No. 86717924 to register the mark CIGAR CITY SALSA for salsa.  On information and belief, Respondent had actual knowledge of Petitioner's CIGAR CITY BREWING Marks prior to filing Application Ser. No. 86717924.  On information and belief, Respondent had actual knowledge of Petitioner's CIGAR CITY BREWING company name prior to filing said application.

7.      On August 2, 2016, the Patent and Trademark Office issued Registration No. 5,014,834 on the Supplemental Register for the CIGAR CITY SALSA mark in the name of Respondent.  The registration is unrestricted as to customers, channels of distribution or trade, or advertising media.

8.      Petitioner's CIGAR CITY BREWING Marks and name and Respondent's CIGAR CITY SALSA mark are similar in sight, sound, and overall commercial impression.

9.      The goods identified in Registration No. 5,014,834 are closely related to the goods sold under Petitioner's CIGAR CITY BREWING Marks and tradename and they travel through the same channels of trade, including grocery stores, to the same consumers.  Brewers, in fact, commonly extend their brands to a wide range of food products, including salsa, barbe-que and hot sauce, and many other food products.  Examples of this include, without limitation:

**https://store.oskarblues.com/products-page/brands/new-oskar-blues-hot-sauces/**;

**https://www.dnainfo.com/chicago/20150417/university-village/new-dark-lord-hot-sauce-heat-up-annual-three-floyds-beer-fest**;    **http://www.shoppikebrewing.com/collections/food-beer-pike-beer-sauces**; **http://www.southsidesalsaco.com/products/hot-blonde-craft-salsas/**;

http://www.yuengling.com/store/home___bar/home___bar/food/;     http://buy.rogue.com/;

http://shop.stonebrewing.com/en-us/bbq-sauce-sb/smoked-porter-bbq-sauce-1450;     and

http://www.sierranevadagiftshop.com/food.html.

10.     Respondent is in no way authorized, sponsored, or licensed by, or in any other way legitimately connected with, Petitioner.

11.     Respondent's use and registration of the mark CIGAR CITY SALSA is without Petitioner's permission or authorization.

12.     Consumers are likely to be confused, mistaken or deceived into believing that Respondent's goods come from, are connected with, or are otherwise authorized, sponsored or licensed by Petitioner, when in fact they are not.

13.     The CIGAR CITY SALSA mark, when used for the goods in Registration No. 5,014,834, so resembles the CIGAR CITY BREWING Marks and trade name as to be likely to cause confusion, mistake, and/or deception within the meaning of Section 2(d) of the Trademark Act, to the consequent damage of Petitioner.   Further, there have, in fact, been instances of actual consumer confusion as to the source of Respondent's goods, with consumers believing, erroneously, that the source of such goods is Petitioner.

14.     By reason of the foregoing, Respondent's continued ownership of Registration No. 5,014,834 is damaging to Petitioner.

4

**WHEREFORE**, Cigar City Brewing Company LLC respectfully requests that this Petition to Cancel be sustained in its favor and Registration No. 5,014,834 for the mark CIGAR CITY SALSA be cancelled.

Respectfully submitted,

Dated: August 26, 2016                      Cigar City Brewing LLC, Petitioner

By: _____ /s/ Glenn A. Rice _____
Counsel for Petitioner

Glenn A. Rice, Esq.
**FUNKHOUSER VEGOSEN LIEBMAN
& DUNN LTD.**
55 West Monroe Street Suite 2300
Chicago, Illinois 60603
Telephone (312) 701-6800
Facsimile (312) 701-6801
Counsel for Petitioner

# EXHIBIT  A

**Generated on:** This page was generated by TSDR on 2016-08-26 15:15:37 EDT

**Mark:** CIGAR CITY BREWING TAMPA CCB



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85934190 | **Application Filing Date:** | May 16, 2013 |
| **US Registration Number:** | 4528243 | **Registration Date:** | May 13, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | May 13, 2014 | | |
| **Publication Date:** | Feb. 25, 2014 | | |

## Mark Information

**Mark Literal Elements:** CIGAR CITY BREWING TAMPA CCB

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of an oval with an outline within which the wording "CIGAR CITY" appears on top, a design of a cigar with a band and an oval containing the letters "CCB" superimposed on the band appears in the middle, and the wording "TAMPA" appears below the cigar design."

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "CIGAR CITY," "BREWING," AND "TAMPA"

**Design Search Code(s):** 10.01.01 - Cigars
24.05.02 - Seals having some other shape
26.03.17 - Ovals, concentric; Concentric ovals and ovals within ovals; Concentric ovals; Ovals within ovals
26.03.21 - Ovals that are completely or partially shaded

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Beer | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 2009 | **Use in Commerce:** | Aug. 12, 2009 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** No | **Currently 44E:** No | | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | | |
| **Filed No Basis:** No | **Currently No Basis:** No | | |

# Current Owner(s) Information

**Owner Name:** Cigar City Brewing LLC

**Owner Address:** Suite A
3924 W. Spruce Street
Tampa, FLORIDA 33607
UNITED STATES

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** FLORIDA

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Glenn A. Rice

**Attorney Primary Email Address:** grice@fvldlaw.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** GLENN A. RICE
FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD.
55 W MONROE ST STE 2300
CHICAGO, ILLINOIS 60603-5117
UNITED STATES

**Phone:** 312 701-6895    **Fax:** 312 701-6801

**Correspondent e-mail:** grice@fvldlaw.com    **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 03, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| May 13, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 25, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 25, 2014 | PUBLISHED FOR OPPOSITION | |
| Feb. 05, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 18, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66121 |
| Jan. 18, 2014 | ASSIGNED TO LIE | 66121 |
| Dec. 19, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 19, 2013 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 19, 2013 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 19, 2013 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 19, 2013 | EXAMINERS AMENDMENT -WRITTEN | 81848 |
| Sep. 11, 2013 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Sep. 11, 2013 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Sep. 11, 2013 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY | 81848 |
| Sep. 11, 2013 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED | 81848 |
| Sep. 04, 2013 | ASSIGNED TO EXAMINER | 81848 |
| Jul. 22, 2013 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Jul. 22, 2013 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 29, 2013 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 20, 2013 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information - None |
|---|

| **File Location** | |
|---|---|
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** May 13, 2014 |

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| **Total Assignments:** 1 | **Registrant:** Cigar City Brewing LLC |

| **Assignment 1 of 1** | |
|---|---|
| **Conveyance:** TRADEMARK SECURITY AGREEMENT | |
| **Reel/Frame:** 5834/0707 | **Pages:** 13 |
| **Date Recorded:** Jul. 14, 2016 | |
| **Supporting Documents:** assignment-tm-5834-0707.pdf | |

| **Assignor** | |
|---|---|
| **Name:** CIGAR CITY BREWING LLC | **Execution Date:** Jul. 08, 2016 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** FLORIDA |

| **Assignee** | |
|---|---|
| **Name:** HPS INVESTMENT PARTNERS, LLC, AS ADMINISTRATIVE AGENT | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** 40 WEST 57TH STREET, 33RD FLOOR NEW YORK, NEW YORK 10019 | |

| **Correspondent** | |
|---|---|
| **Correspondent Name:** LATHAM & WATKINS LLP | |
| **Correspondent Address:** 650 TOWN CENTER DRIVE, SUITE 2000 COSTA MESA, CA 92626 | |

| Domestic Representative - Not Found |
|---|

**Generated on:** This page was generated by TSDR on 2016-08-26 15:18:47 EDT

**Mark:** CIGAR CITY BREWING

CIGAR CITY BREWING

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85792400 | **Application Filing Date:** | Dec. 01, 2012 |
| **US Registration Number:** | 4665481 | **Registration Date:** | Jan. 06, 2015 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jan. 06, 2015 | | |
| **Publication Date:** | Oct. 21, 2014 | | |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CIGAR CITY BREWING |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "BREWING" |
| **Acquired Distinctiveness Claim:** | In whole |

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Beer | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 28, 2009 | **Use in Commerce:** | Aug. 12, 2009 |

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Cigar City Brewing LLC |
| **Owner Address:** | 3924 W. Spruce Street<br>Suite A<br>Tampa, FLORIDA 33607<br>UNITED STATES |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** FLORIDA

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Glenn A. Rice |
| **Attorney Primary Email Address:** | grice@fvldlaw.com |

**Attorney Email Authorized:** Yes

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | GLENN A. RICE<br>FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD.<br>55 W MONROE ST STE 2300<br>CHICAGO, ILLINOIS 60603-5117<br>UNITED STATES |
| **Phone:** | 312 701-6895 |
| **Correspondent e-mail:** | grice@fvldlaw.com |

**Fax:** 312 701-6801

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 03, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jan. 06, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 21, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 21, 2014 | PUBLISHED FOR OPPOSITION | |
| Oct. 01, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 16, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Sep. 10, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 21, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69712 |
| Aug. 21, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69712 |
| Aug. 14, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 16, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION WRITTEN | 77073 |
| Jul. 16, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION WRITTEN | 77073 |
| Jul. 16, 2014 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jul. 02, 2014 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 73714 |
| Jun. 20, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Jun. 17, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 16, 2014 | EXAMINER'S AMENDMENT ENTERED | 69712 |
| Jun. 16, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 16, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 16, 2014 | EXAMINERS AMENDMENT -WRITTEN | 77073 |
| Jun. 11, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 10, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 10, 2014 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Dec. 11, 2013 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Dec. 11, 2013 | FINAL REFUSAL E-MAILED | |
| Dec. 11, 2013 | FINAL REFUSAL WRITTEN | 77073 |

| | | |
|---|---|---|
| Nov. 21, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 20, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 20, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 21, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 21, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| May 21, 2013 | NON-FINAL ACTION WRITTEN | 77073 |
| May 14, 2013 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| May 13, 2013 | WITHDRAWN FROM PUB OTQR REQUEST | 73714 |
| May 02, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| May 01, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 22, 2013 | EXAMINER'S AMENDMENT ENTERED | 69712 |
| Mar. 21, 2013 | ASSIGNED TO LIE | 69712 |
| Mar. 21, 2013 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 21, 2013 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 21, 2013 | EXAMINERS AMENDMENT -WRITTEN | 77073 |
| Mar. 21, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 21, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 21, 2013 | NON-FINAL ACTION WRITTEN | 77073 |
| Mar. 21, 2013 | ASSIGNED TO EXAMINER | 77073 |
| Dec. 11, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 06, 2012 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Jan. 06, 2015 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 1 | Registrant: Cigar City Brewing LLC |
| **Assignment 1 of 1** | |
| Conveyance: TRADEMARK SECURITY AGREEMENT | |
| Reel/Frame: 5834/0707 | Pages: 13 |
| Date Recorded: Jul. 14, 2016 | |
| Supporting Documents: assignment-tm-5834-0707.pdf | |
| **Assignor** | |
| Name: CIGAR CITY BREWING LLC | Execution Date: Jul. 08, 2016 |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: FLORIDA |
| **Assignee** | |
| Name: HPS INVESTMENT PARTNERS, LLC, AS ADMINISTRATIVE AGENT | |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: DELAWARE |
| Address: 40 WEST 57TH STREET, 33RD FLOOR NEW YORK, NEW YORK 10019 | |
| **Correspondent** | |
| Correspondent Name: LATHAM & WATKINS LLP | |
| Correspondent Address: 650 TOWN CENTER DRIVE, SUITE 2000 COSTA MESA, CA 92626 | |
| **Domestic Representative - Not Found** | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has caused the **Petition to Cancel** to be served upon Respondent in these proceedings by depositing a true copy of the same with the United States Postal Service as first class mail in a sealed envelope, postage prepaid, addressed to:

Cigar City Smoked Salsa, LLC
5106 North 30th Street
Tampa, Florida  33610

on this 26th day of August, 2016.


/s/Glenn A. Rice
Counsel for Petitioner
Cigar City Brewing LLC

# EXHIBIT 10

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87193661**
**Filing Date: 10/05/2016**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | CIGAR CITY SALSA |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CIGAR CITY SALSA |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | CIGAR CITY SMOKED SALSA, LLC |
| *STREET | 5106 North 30th Street |
| *CITY | Tampa |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 33610 |
| WEBSITE ADDRESS | http://cigarcitysalsa.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 030 |
| *IDENTIFICATION | Barbecue sauce; Hot sauce; Salsa; Seasonings |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/11/2012 |

| | |
|---|---|
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/11/2012 |
| **SPECIMEN**<br>**FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT<br>17\871\936\87193661\xml1\ FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | product with label |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S.<br>Registration Number(s) 5014834. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use SALSA apart<br>from the mark as shown. |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | David R. Ellis |
| FIRM NAME | David R. Ellis, Attorney |
| STREET | 3233 East Bay Drive, Suite 101 |
| CITY | Largo |
| STATE | Florida |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 33771 |
| PHONE | 7275311111 |
| FAX | 7275315088 |
| EMAIL ADDRESS | ellislaw@alum.mit.edu |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | David R. Ellis |
| FIRM NAME | David R. Ellis, Attorney |
| *STREET | 3233 East Bay Drive, Suite 101 |
| *CITY | Largo |
| *STATE<br>(Required for U.S. addresses) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 33771 |
| PHONE | 7275311111 |
| FAX | 7275315088 |
| *EMAIL ADDRESS | ellislaw@alum.mit.edu |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| **FEE INFORMATION** | |
| --- | --- |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 225 |
| ***TOTAL FEE PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| * **SIGNATURE** | /David R. Ellis/ |
| * **SIGNATORY'S NAME** | David R. Ellis |
| * **SIGNATORY'S POSITION** | Attorney |
| **SIGNATORY'S PHONE NUMBER** | 727 531-1111 |
| * **DATE SIGNED** | 10/05/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87193661**
**Filing Date: 10/05/2016**

## To the Commissioner for Trademarks:

**MARK:** CIGAR CITY SALSA (Standard Characters, see mark)
The literal element of the mark consists of CIGAR CITY SALSA.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, CIGAR CITY SMOKED SALSA, LLC, a limited liability company legally organized under the laws of Florida, having an address of
    5106 North 30th Street
    Tampa, Florida 33610
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 030:  Barbecue sauce; Hot sauce; Salsa; Seasonings

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 030, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/11/2012, and first used in commerce at least as early as 01/11/2012, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) product with label.
Specimen File1


**Disclaimer**
No claim is made to the exclusive right to use SALSA apart from the mark as shown.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5014834.

For informational purposes only, applicant's website address is: http://cigarcitysalsa.com
The applicant's current Attorney Information:
    David R. Ellis of David R. Ellis, Attorney      3233 East Bay Drive, Suite 101
    Largo, Florida 33771
    United States
    7275311111(phone)
    7275315088(fax)
    ellislaw@alum.mit.edu (authorized)


The applicant's current Correspondence Information:
    David R. Ellis
    David R. Ellis, Attorney

3233 East Bay Drive, Suite 101

Largo, Florida 33771

7275311111(phone)

7275315088(fax)

ellislaw@alum.mit.edu (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

<div align="center">

**Declaration**

</div>

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /David R. Ellis/  Date Signed: 10/05/2016
Signatory's Name: David R. Ellis
Signatory's Position: Attorney

RAM Sale Number: 87193661
RAM Accounting Date: 10/06/2016

Serial Number: 87193661
Internet Transmission Date: Wed Oct 05 14:05:20 EDT 2016
TEAS Stamp: USPTO/FTK-XXX.XXX.XX.XX-2016100514052084
6595-87193661-570ba8b973708bcb45cd37d860
6b7716a9c8f294874d35543da539c211afdb9-CC
-235-20161005135726532520

# CIGAR CITY SALSA



# EXHIBIT 11

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA827771** |
|---|---|
| Filing date: | **06/16/2017** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Cigar City Brewing LLC |
|---|---|
| Granted to Date of previous extension | 06/28/2017 |
| Address | 3924 W. Spruce Street<br>Tampa, FL 33607<br>UNITED STATES |

| Attorney information | Glenn A. Rice<br>Funkhouser Vegosen Liebman & Dunn Ltd.<br>55 W. Monroe St. Suite 2300<br>Chicago, IL 60603<br>UNITED STATES<br>Email: grice@fvldlaw.com<br>Phone: 312 701-6895 |
|---|---|

## Applicant Information

| Application No | 87193661 | Publication date | 02/28/2017 |
|---|---|---|---|
| Opposition Filing Date | 06/16/2017 | Opposition Period Ends | 06/28/2017 |
| Applicant | CIGAR CITY SMOKED SALSA, LLC<br>5106 North 30th Street<br>Tampa, FL 33610<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 030. First Use: 2012/01/11 First Use In Commerce: 2012/01/11
All goods and services in the class are opposed, namely: Barbecue sauce; Hot sauce; Salsa; Seasonings

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act Section 2(d) |
|---|---|

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 4665481 | Application Date | 12/01/2012 |
|---|---|---|---|
| Registration Date | 01/06/2015 | Foreign Priority Date | NONE |
| Word Mark | CIGAR CITY BREWING | | |

| Design Mark | |
|---|---|
| | CIGAR CITY BREWING |
| Description of Mark | NONE |
| Goods/Services | Class 032. First use: First Use: 2009/03/28 First Use In Commerce: 2009/08/12 Beer |

| U.S. Registration No. | 4528243 | Application Date | 05/16/2013 |
|---|---|---|---|
| Registration Date | 05/13/2014 | Foreign Priority Date | NONE |
| Word Mark | CIGAR CITY BREWING TAMPA CCB | | |
| Design Mark | | | |
| |  | | |
| Description of Mark | The mark consists of an oval with an outline within which the wording "CIGAR CITY" appears on top, a design of a cigar with a band and an oval containing the letters "CCB" superimposed on the band appears in the middle, and the wording "TAMPA" appears below the cigar design." | | |
| Goods/Services | Class 032. First use: First Use: 2009/03/00 First Use In Commerce: 2009/08/12 Beer | | |

| Attachments | 85792400#TMSN.png( bytes )<br>85934190#TMSN.png( bytes )<br>Notice of Opposition.pdf(454802 bytes ) |
|---|---|

| Signature | /Glenn Rice/ |
|---|---|
| Name | Glenn A. Rice |

| Date | 06/16/2017 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

**In the Matter of Application Serial No. 87193661 for the mark CIGAR CITY SALSA
Published in the *Official Gazette* on February 28, 2017**

| | | |
|---|---|---|
| **CIGAR CITY BREWING LLC,** | ) | |
| | ) | |
| **Opposer,** | ) | |
| | ) | |
| **v.** | ) | **Opposition No. _____** |
| | ) | |
| **CIGAR CITY SMOKED SALSA, LLC,** | ) | |
| | ) | |
| **Applicant.** | ) | |

<u>**NOTICE OF OPPOSITION**</u>

Opposer Cigar City Brewing LLC, a Florida limited liability company with a place of business in Tampa, Florida ("Opposer"), believes it will be damaged by registration of the mark CIGAR CITY SALSA shown in Application Serial No. 87193661 filed by Applicant CIGAR CITY SMOKED SALSA, LLC ("Applicant"), and hereby opposes the same.

As grounds in support of its opposition, Opposer alleges:

1.      Opposer is engaged in the business of producing and selling craft beer under the mark and trade name CIGAR CITY BREWING and is the owner of the CIGAR CITY BREWING mark and trade name.

2.      Opposer is one of the leading craft breweries in the United States and has enjoyed tremendous success and public recognition for its craft beer products.  Opposer is rated among the top ten craft brewers in the world on RateBeer.com out of more than twenty thousand brewers.  **https://www.ratebeer.com/ratebeerbest/BestBrewers-World2017.asp**

3.      In addition to its common law trademark rights, Opposer is the owner of U.S. Reg. No. 4,665,481 on the Principal Register for the mark CIGAR CITY BREWING for beer, and U.S. Reg. No. 4,528,243 on the Principal Register for the CIGAR CITY BREWING logo mark for beer shown below (hereinafter collectively, the "CIGAR CITY BREWING Marks"):



4.      Opposer's registrations for the CIGAR CITY BREWING Marks are valid and subsisting and printouts of the registrations from the electronic database of the U.S. Patent and Trademark Office showing the current status and title of the registrations are attached hereto as Exhibit A and submitted into evidence on behalf of Opposer in accordance with Rule 2.122 of the Trademark Rules of Practice.

5.      Since at least as early as March 2009, and long prior to the application filing date for the opposed CIGAR CITY SALSA mark and any date of first use upon which Applicant can rely, Opposer has continuously used the CIGAR CITY BREWING Marks and trade name.

6.      Opposer owns substantial goodwill and value in its CIGAR CITY BREWING Marks and trade name.  In addition to being rated among the top ten craft brewers worldwide, Opposer has won numerous awards at prestigious beer festivals and competitions for beer produced and sold under its CIGAR CITY BREWING Marks and trade name.  Opposer has

additionally received considerable public recognition and acclaim in numerous news media stories, blogs, interviews, and reviews.

7.      On October 5, 2016, Applicant filed Application Ser. No. 87193661 to register the mark CIGAR CITY SALSA for "Barbecue sauce; Hot sauce; Salsa; Seasonings".  Application Serial No. 87193661 is unrestricted as to customers, channels of distribution or trade, or advertising media.

8.      Applicant had actual knowledge of Opposer's CIGAR CITY BREWING Marks and trade name prior to filing Application Serial No. 87193661.

9.      Indeed, prior to filing Application Ser. No. 87193661, Applicant developed and adopted oval-shaped logos substantially and confusingly similar to Opposer's oval-shaped CIGAR CITY BREWING logo mark, which are shown below:





10.     Opposer's CIGAR CITY BREWING Marks and trade name and the opposed CIGAR CITY SALSA mark are similar in sight, sound, connotation and overall commercial impression.

3

11.     The goods identified in Application Serial No. 87193661 are closely related to the goods sold under Opposer's CIGAR CITY BREWING Marks and trade name and they travel through the same channels of trade, including grocery stores, liquor stores, and other retail out-lets, to the same consumers.  Brewers, in fact, commonly extend their brands to a wide range of food products, including salsa, barbeque and hot sauce, and many other food products.  Examples of this include, without limitation:

**https://store.oskarblues.com/products-page/brands/new-oskar-blues-hot-sauces/**;

**https://www.dnainfo.com/chicago/20150417/university-village/new-dark-lord-hot-sauce-heat-up-annual-three-floyds-beer-fest**;   **http://www.shoppikebrewing.com/collections/food-beer-pike-beer-sauces**; **http://www.southsidesalsaco.com/products/hot-blonde-craft-salsas/**;

**http://www.yuengling.com/store/home___bar/home___bar/food/**;   **http://buy.rogue.com/**;

**http://shop.stonebrewing.com/en-us/bbq-sauce-sb/smoked-porter-bbq-sauce-1450**; and

**http://www.sierranevadagiftshop.com/food.html.**

12.     Consumers are likely to be confused, mistaken or deceived into believing that Applicant's goods come from, are connected with, or are otherwise authorized, sponsored or licensed by Opposer, when in fact they are not.

13.     The CIGAR CITY SALSA mark, when used for the goods in Application Ser. No. 87193661, so resembles the CIGAR CITY BREWING Marks and trade name as to be likely to cause confusion, mistake, and/or deception within the meaning of Section 2(d) of the Trademark Act, to the consequent damage of Opposer.  There have, in fact, been instances of actual confusion as to the source of Applicant's goods.

14.     Applicant is in no way authorized, sponsored, or licensed by, or in any other way legitimately connected with, Opposer.

15.     Applicant's use and registration of the mark CIGAR CITY SALSA is without Opposer's permission or authorization.

16.     By reason of the foregoing, Opposer would be damaged by Applicant's registration of the CIGAR CITY SALSA mark as sought in Application Serial No. 87193661.

**WHEREFORE**, Cigar City Brewing Company LLC respectfully requests that this opposition be sustained and the registration sought by Applicant in Application Serial No. 87193661 for the mark CIGAR CITY SALSA be denied.

Respectfully submitted,

Dated: June 16, 2017                    Cigar City Brewing LLC, Opposer

By: _____ /s/ Glenn A. Rice _____
                    Counsel for Opposer

Glenn A. Rice, Esq.
**FUNKHOUSER VEGOSEN LIEBMAN**
**& DUNN LTD.**
55 West Monroe Street Suite 2300
Chicago, Illinois 60603
Telephone (312) 701-6800
Facsimile (312) 701-6801
Counsel for Opposer

# EXHIBIT  A

TSDR now includes a Post Registration Maintenance Tab. When viewing a Registered mark, users will now find a new 3rd tab providing Post Registration information next to the "Status" and "Document" tabs, below the search text box. The tab will not appear if the mark is not registered.

STATUS    DOCUMENTS    MAINTENANCE                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2017-06-16 16:33:54 EDT |
| **Mark:** | CIGAR CITY BREWING TAMPA CCB |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 85934190 | **Application Filing Date:** | May 16, 2013 |
| **US Registration Number:** | 4528243 | **Registration Date:** | May 13, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |



| | |
|---|---|
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active |
| | The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | May 13, 2014 |
| **Publication Date:** | Feb. 25, 2014 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CIGAR CITY BREWING TAMPA CCB |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of an oval with an outline within which the wording "CIGAR CITY" appears on top, a design of a cigar with a band and an oval containing the letters "CCB" superimposed on the band appears in the middle, and the wording "TAMPA" appears below the cigar design." |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "CIGAR CITY," "BREWING," AND "TAMPA" |
| **Design Search Code(s):** | 10.01.01 - Cigars |
| | 24.05.02 - Seals having some other shape |
| | 26.03.17 - Ovals, concentric; Concentric ovals and ovals within ovals; Concentric ovals; Ovals within ovals |
| | 26.03.21 - Ovals that are completely or partially shaded |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Beer | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 2009 | **Use in Commerce:** | Aug. 12, 2009 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes | | **Amended Use:** No | |
| **Filed ITU:** No | | **Currently ITU:** No | | **Amended ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | | **Amended 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | | **Amended 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | | | |
| **Filed No Basis:** No | | **Currently No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** Cigar City Brewing LLC

**Owner Address:** Suite A
3924 W. Spruce Street
Tampa, FLORIDA UNITED STATES 33607

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** FLORIDA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Glenn A. Rice

**Attorney Primary Email Address:** grice@fvldlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** GLENN A. RICE
FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD.
55 W MONROE ST STE 2300
CHICAGO, ILLINOIS UNITED STATES 60603-5117

**Phone:** 312 701-6895

**Fax:** 312 701-6801

**Correspondent e-mail:** grice@fvldlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 03, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| May 13, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 25, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 25, 2014 | PUBLISHED FOR OPPOSITION | |
| Feb. 05, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 18, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66121 |
| Jan. 18, 2014 | ASSIGNED TO LIE | 66121 |
| Dec. 19, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 19, 2013 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 19, 2013 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 19, 2013 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 19, 2013 | EXAMINERS AMENDMENT -WRITTEN | 81848 |
| Sep. 11, 2013 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Sep. 11, 2013 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Sep. 11, 2013 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY | 81848 |

| Sep. 11, 2013 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED | 81848 |
| Sep. 04, 2013 | ASSIGNED TO EXAMINER | 81848 |
| Jul. 22, 2013 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Jul. 22, 2013 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 29, 2013 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| May 28, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 20, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

|  |  |  |  |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | May 13, 2014 |

## Assignment Abstract Of Title Information

**Summary**                                                                 Conveyance Filter

|  |  |  |  |
|---|---|---|---|
| Total Assignments: | 1 | Registrant: | Cigar City Brewing LLC |

**Assignment 1 of 1**

|  |  |  |  |
|---|---|---|---|
| Conveyance: | TRADEMARK SECURITY AGREEMENT | | |
| Reel/Frame: | 5834/0707 | Pages: | 13 |
| Date Recorded: | Jul. 14, 2016 | | |
| Supporting Documents: | assignment-tm-5834-0707.pdf | | |

**Assignor**

|  |  |  |  |
|---|---|---|---|
| Name: | CIGAR CITY BREWING LLC | Execution Date: | Jul. 08, 2016 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | FLORIDA |

**Assignee**

|  |  |  |  |
|---|---|---|---|
| Name: | HPS INVESTMENT PARTNERS, LLC, AS ADMINISTRATIVE AGENT | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |
| Address: | 40 WEST 57TH STREET, 33RD FLOOR NEW YORK, NEW YORK 10019 | | |

**Correspondent**

|  |  |
|---|---|
| Correspondent Name: | LATHAM & WATKINS LLP |
| Correspondent Address: | 650 TOWN CENTER DRIVE, SUITE 2000 COSTA MESA, CA 92626 |

**Domestic Representative - Not Found**

## Proceedings

**Summary**                              Party type                        Proceeding type

|  |  |
|---|---|
| Number of Proceedings: | 1 |

**Type of Proceeding: Cancellation**

|  |  |  |  |
|---|---|---|---|
| Proceeding Number: | 92064315 | Filing Date: | Aug 26, 2016 |
| Status: | Pending | Status Date: | Aug 26, 2016 |
| Interlocutory Attorney: | ANDREW P BAXLEY | | |

**Defendant**

| | |
|---|---|
| Name: | Cigar City Smoked Salsa, LLC |
| Correspondent Address: | JAMES MATULIS |
| | LAW OFFICE OF JAMES MATULIS |
| | 9806 GRETNA GREEN DRIVE, SUITE 100 |
| | TAMPA FL UNITED STATES , 33626 |
| Correspondent e-mail: | jim@matulis-law.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CIGAR CITY SALSA | Cancellation Pending | 86717924 | 5014834 |

**Plaintiff(s)**

| | |
|---|---|
| Name: | Cigar City Brewing LLC |
| Correspondent Address: | GLENN A RICE |
| | FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD |
| | 55 W MONROE ST STE 2300 |
| | CHICAGO IL UNITED STATES , 60603 |
| Correspondent e-mail: | grice@fvldlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CIGAR CITY BREWING | Registered | 85792400 | 4665481 |
| CIGAR CITY BREWING TAMPA CCB | Registered | 85934190 | 4528243 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 26, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 30, 2016 | Oct 09, 2016 |
| 3 | PENDING, INSTITUTED | Aug 30, 2016 | |
| 4 | ANSWER | Oct 05, 2016 | |
| 5 | D APPEARANCE / POWER OF ATTORNEY | Nov 08, 2016 | |
| 6 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 02, 2017 | |
| 7 | SUSPENDED | Feb 02, 2017 | |
| 8 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Mar 04, 2017 | |
| 9 | SUSPENDED | Mar 04, 2017 | |
| 10 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Apr 20, 2017 | |
| 11 | SUSPENDED | Apr 20, 2017 | |

TSDR now includes a Post Registration Maintenance Tab. When viewing a Registered mark, users will now find a new 3rd tab providing Post Registration information next to the "Status" and "Document" tabs, below the search text box. The tab will not appear if the mark is not registered.

**STATUS**     **DOCUMENTS**     **MAINTENANCE**          Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2017-06-16 16:40:41 EDT |
| **Mark:** | CIGAR CITY BREWING |

## CIGAR CITY BREWING

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85792400 | **Application Filing Date:** | Dec. 01, 2012 |
| **US Registration Number:** | 4665481 | **Registration Date:** | Jan. 06, 2015 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Jan. 06, 2015 |
| **Publication Date:** | Oct. 21, 2014 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Cigar City Brewing LLC | | |
| **Owner Address:** | 3924 W. Spruce Street<br>Suite A<br>Tampa, FLORIDA UNITED STATES 33607 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Glenn A. Rice | | |
| **Attorney Primary Email Address:** | grice@fvldlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | GLENN A. RICE<br>FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD.<br>55 W MONROE ST STE 2300<br>CHICAGO, ILLINOIS UNITED STATES 60603-5117 | | |
| **Phone:** | 312 701-6895 | **Fax:** | 312 701-6801 |
| **Correspondent e-mail:** | grice@fvldlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 03, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jan. 06, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 21, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 21, 2014 | PUBLISHED FOR OPPOSITION | |
| Oct. 01, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 16, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Sep. 10, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 21, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69712 |
| Aug. 21, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69712 |
| Aug. 14, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 16, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION WRITTEN | 77073 |
| Jul. 16, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 16, 2014 | NON-FINAL ACTION WRITTEN | 77073 |
| Jul. 16, 2014 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jul. 02, 2014 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 73714 |
| Jun. 20, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Jun. 17, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 16, 2014 | EXAMINER'S AMENDMENT ENTERED | 69712 |
| Jun. 16, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 16, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 16, 2014 | EXAMINERS AMENDMENT -WRITTEN | 77073 |
| Jun. 11, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 10, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 10, 2014 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Dec. 11, 2013 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Dec. 11, 2013 | FINAL REFUSAL E-MAILED | |
| Dec. 11, 2013 | FINAL REFUSAL WRITTEN | 77073 |
| Nov. 21, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 20, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 20, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 21, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 21, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| May 21, 2013 | NON-FINAL ACTION WRITTEN | 77073 |
| May 14, 2013 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| May 13, 2013 | WITHDRAWN FROM PUB OTQR REQUEST | 73714 |
| May 02, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| May 01, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 22, 2013 | EXAMINER'S AMENDMENT ENTERED | 69712 |
| Mar. 21, 2013 | ASSIGNED TO LIE | 69712 |
| Mar. 21, 2013 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 21, 2013 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 21, 2013 | EXAMINERS AMENDMENT -WRITTEN | 77073 |

| Mar. 21, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 21, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 21, 2013 | NON-FINAL ACTION WRITTEN | 77073 |
| Mar. 21, 2013 | ASSIGNED TO EXAMINER | 77073 |
| Dec. 11, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 06, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION          Date in Location: Jan. 06, 2015

## Assignment Abstract Of Title Information

**Summary**                                                    Conveyance Filter

Total Assignments: 1                              Registrant: Cigar City Brewing LLC

**Assignment 1 of 1**

Conveyance: TRADEMARK SECURITY AGREEMENT

Reel/Frame: 5834/0707                              Pages: 13

Date Recorded: Jul. 14, 2016

Supporting Documents: assignment-tm-5834-0707.pdf

**Assignor**

Name: CIGAR CITY BREWING LLC                    Execution Date: Jul. 08, 2016

Legal Entity Type: LIMITED LIABILITY COMPANY     State or Country Where FLORIDA
                                                 Organized:

**Assignee**

Name: HPS INVESTMENT PARTNERS, LLC, AS ADMINISTRATIVE AGENT

Legal Entity Type: LIMITED LIABILITY COMPANY     State or Country Where DELAWARE
                                                 Organized:

Address: 40 WEST 57TH STREET, 33RD FLOOR
         NEW YORK, NEW YORK 10019

**Correspondent**

Correspondent Name: LATHAM & WATKINS LLP

Correspondent Address: 650 TOWN CENTER DRIVE, SUITE 2000
                       COSTA MESA, CA 92626

**Domestic Representative - Not Found**

## Proceedings

**Summary**                          Party type              Proceeding type

Number of Proceedings: 1

**Type of Proceeding: Cancellation**

Proceeding Number: 92064315                    Filing Date: Aug 26, 2016

Status: Pending                                Status Date: Aug 26, 2016

Interlocutory Attorney: ANDREW P BAXLEY

**Defendant**

Name: Cigar City Smoked Salsa, LLC

Correspondent Address: JAMES MATULIS
                       LAW OFFICE OF JAMES MATULIS

9806 GRETNA GREEN DRIVE, SUITE 100
TAMPA FL UNITED STATES , 33626

Correspondent e-mail: jim@matulis-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CIGAR CITY SALSA | Cancellation Pending | 86717924 | 5014834 |

**Plaintiff(s)**

Name: Cigar City Brewing LLC

Correspondent Address: GLENN A RICE
FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD
55 W MONROE ST STE 2300
CHICAGO IL UNITED STATES , 60603

Correspondent e-mail: grice@fvldlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CIGAR CITY BREWING | Registered | 85792400 | 4665481 |
| CIGAR CITY BREWING TAMPA CCB | Registered | 85934190 | 4528243 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Aug 26, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 30, 2016 | Oct 09, 2016 |
| 3 | PENDING, INSTITUTED | Aug 30, 2016 | |
| 4 | ANSWER | Oct 05, 2016 | |
| 5 | D APPEARANCE / POWER OF ATTORNEY | Nov 08, 2016 | |
| 6 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 02, 2017 | |
| 7 | SUSPENDED | Feb 02, 2017 | |
| 8 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Mar 04, 2017 | |
| 9 | SUSPENDED | Mar 04, 2017 | |
| 10 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Apr 20, 2017 | |
| 11 | SUSPENDED | Apr 20, 2017 | |

# EXHIBIT 12

Sun, Dec 18, 13:27



Branching out?

Where is that?

Sun, Dec 18, 19:12

Fresh Market

# EXHIBIT 13

STORE LOCATOR



# Publix.



CIGAR CITY SMOKED SALSA now available at a Odessa Florida landmark! KEYSTONE KORNER. Stop in and pick up a jar.



CIGAR CITY SMOKED SALSA available at both locations of Natural Market:
Land o'Lakes and Gunn Hwy.

WHOLE FOODS MARKET ORLANDO

8003 Turkey Lake Road
Orlando Florida 32819

Phone: 407.355.7100

Hours: 8am - 10pm
Seven days a week











# Walmart

CIGAR CITY SMOKED SALSA is growing in many local WALMART locations in:

Tampa
Largo
Clearwater
Sarasota
Bradenton
Land o Lakes
Lutz
Odessa
Oldsmar





CIGAR CITY SMOKED SALSA a local favorite in Land o'Lakes. A perfect compliment to one of the areas most recognized deli's.

## Village Health Market

VILLAGE HEALTH MARKET

3225 S MacDill Ave,
Tampa, FL 33629

Phone: 813-831-6065

Hours: 8:30 am - 9:30 pm



METRO MARKET YBOR CITY

900 W Kennedy Blvd
Tampa, FL 33606

Phone: 813-789-3644

Hours: Daily; 24 hrs



INTERBAY MEAT MARKET

6110 Interbay Blvd
Tampa, FL 33611

Phone: 813-839-7542

Hours: 6am-10pm
Monday to Saturday,
9am to 5pm

Copyright 2014 | www.cigarcitysalsa.com

EXHIBIT 14

**Publix**

Log In     Sign Up

🛒 Weekly Ad

## Beer

Search     🔍



| | |
|---|---|
| 1-2 of 2 | Show: 24 ⌄     Sort By: Best Sellers ⌄ |

🔵 All Products

**BEER & WINE (7256)**

Beer  (2244)

Cocktail Mixes (149)  ›

Flavored Adult Beverages (328)  ›

Wine (4535)  ›

**Refine Results**

☑ Brand - Cigar City Brewing (2)

Clear All

▼ **Brand**

  21ST AMMENDMENT BREWERY (1)

  21st Amendment (2)

  21st Amendment Brewery (3)

  3 Daughters (2)

  3 Daughters Brewing (5)

  Abbot Ale (1)

  Abita (24)

▼ **Beer Category**  ❓

  Ales (1)

  Lagers (1)

▼ **Beer Icon**  ❓

  Light Lager (1)

  Wheat Ale (1)

▼ **Beer Style**

  Belgian Witbier (1)

  Munich Helles (1)

**Cigar City Florida Cracker Belgian-Style White Ale**

6 - 12 fl oz cans

Wheat Ale

**Cigar City Lager**

6 - 12 oz cans

Light Lager

Estimated prices effective at time of order only and may be subject to variation at time of pickup.

2000 calories a day is used for general nutrition advice, but calorie needs vary.

Additional nutrition information available upon request. (Go to product detail page for each product.)

# EXHIBIT 15

**Walmart** ✷

cigar city beer

Reorder your favorites

Showing 1-40 of 2,456 results

Refine    Price ▾    Top brands ▾    Store availability ▾

Sort    Best match ▾

**Departments**

**Food**
Beer
See all Food ▾

**Sports & Outdoors**
Outdoor Sports
See all Sports & Outdoors ▾

See all Departments ▾

**Shipping & Pickup**
● Show all
○ 2-Day Shipping
○ Ship to Home
○ Free Pickup + Discount
○ FREE Pickup
○ FREE Pickup Today

**Category**
Fan Shop Bottle Openers
Prints
Wine Refrigerators
Cuckoo Clocks
Beverage Coolers
Bike Parts
Fan Shop Golf Balls

See more categories ▾

**Brand**
Hat Trick Openers
Poster Foundry
Maps of the Past
Renthal

In-store purchase only

Cigar City Jai Lai Beer, 6 pack, 12 fl oz

$29.48  10.2¢ / fl oz

Sioux City Birch Beer Soda, 4 count, 12 fl oz, (Pack of 6)
★★★★★ (4)
*2-Day Shipping*

**Rollback**

EIGHT 22 oz. ACRYLIC PILSNER GLASSES

$17.29  Was $19.13
Save $1.84

Creative Bath 22-Ounce BPA Free Acrylic Pilsner Beer Glasses, Set of 8
★★★★★ (6)
*2-Day Shipping*
Free store pickup

Image coming soon!

$15.11

Albuquerque Beer: Duke City History on Tap

*2-Day Shipping*

EXHIBIT 16

 Home    Moments



**ABCBeerCountry**
@ABCBeerCountry

| Tweets **6,482** | Following **734** | Followers **2,923** | Likes **3,326** | Lists **2** |

Follow

 Keep track of what's on tap @ABCBeerCountry Kennedy by using @untappd

 **ABC Fine Wine & Spirits - W. Kennedy**
ABC Fine Wine & Spirits - W. Kennedy on Untappd
untappd.com

   ⟲ 2   ♡ 4

 **ABCBeerCountry** @ABCBeerCountry · Apr 18
So many new brews, which to try first?! #newbeeralert #craftbeer





 2       4

 Home    ⚡ Moments    Search Twitter    ∧ ∨ ✕

 **ABCBeerCountry**
@ABCBeerCountry

| Tweets | Following | Followers | Likes | Lists |
|--------|-----------|-----------|-------|-------|
| **6,482** | **734** | **2,923** | **3,326** | **2** |

Follow

↻ ABCBeerCountry Retweeted

 **Makenzie Ladd** @abcbeerMakenzie · Mar 25    ⌄
Need one of these to complete your ultimate Marshal Zhukov collection?
Stop by #UniversityABC today! @ABCBeerCountry @CigarCityBeer



○    ↻ 1    ♡ 1

 **ABCBeerCountry** @ABCBeerCountry · Mar 24    ⌄
Celebrate National Cocktail Day with a little history and a big cocktail

The History of the Cocktail

# EXHIBIT 17

**Food Products Sold by Craft Brewers**

https://store.oskarblues.com/eat-c55.aspx

https://www.dnainfo.com/chicago/20150417/university-village/new-dark-lord-hot-sauceheat-up-annual-three-floyds-beer-fest

http://www.shoppikebrewing.com/collections/foodbeer-pike-beer-sauces

http://www.southsidesalsaco.com/products/hot-blonde-craft-salsas/

http://www.yuengling.com/store/home___bar/home___bar/food/

http://buy.rogue.com/

http://shop.stonebrewing.com/en-us/food-sb/

http://www.sierranevadagiftshop.com/food.html

search...

Storefront (https://store.oskarblues.com/storefront.aspx) › EDIBLES & DRINKABLES (https://store.oskarblues.com/edibles--drinkables-c54.aspx)

## SHOP:

**NEW & FEATURED** (https://store.oskarblues.com/new--featured-c38.aspx)

**HEADWARE** (https://store.oskarblues.com/headware-c39.aspx)

**WEARWARE** (https://store.oskarblues.com/wearware-c30.aspx)

**DRINKWARE** (https://store.oskarblues.com/drinkware-c27.aspx)

**BARWARE + POS** (https://store.oskarblues.com/barware--pos-c42.aspx)

**OUTDOORS** (https://store.oskarblues.com/outdoors-c60.aspx)

**BIKE STUFF** (https://store.oskarblues.com/bike-stuff-c61.aspx)

**ACCESSORIES** (https://store.oskarblues.com/accessories-c49.aspx)

**EDIBLES & DRINKABLES** (https://store.oskarblues.com/edibles--drinkables-c54.aspx)

**Eat** (https://store.oskarblues.com/eat-c55.aspx)

Drink (https://store.oskarblues.com/drink-c56.aspx)

**GIFTS** (https://store.oskarblues.com/gifts-c50.aspx)

**SALE** (https://store.oskarblues.com/sale-c57.aspx)

**Gift Certificates** (gift-certificate-p0.aspx)

# EAT

Sort By: [        ▾]



(https://store.oskarblues.com/dales-pale-ale-hot-sauce-p125.aspx)

**DALE'S PALE ALE HOT SAUCE (HTTPS://STORE.OSKARBLUES.COM/DALES-PALE-ALE-HOT-SAUCE-P125.ASPX)**

$8.00



(https://store.oskarblues.com/deviant-dales-hot-sauce-p163.aspx)

**DEVIANT DALE'S HOT SAUCE (HTTPS://STORE.OSKARBLUES.COM/DEVIANT-DALES-HOT-SAUCE-P163.ASPX)**

$8.00



(https://store.oskarblues.com/hops-and-heifers-hot-sauce-p214.aspx)

**HOPS AND HEIFERS HOT SAUCE (HTTPS://STORE.OSKARBLUES.COM/HOPS-AND-HEIFERS-HOT-SAUCE-P214.ASPX)**

$8.00



(https://store.oskarblues.com/mamas-little-yella-pils-hot-sauce-p223.aspx)

**MAMA'S LITTLE YELLA PILS HOT SAUCE (HTTPS://STORE.OSKARBLUES.COM/MAMAS-LITTLE-YELLA-PILS-HOT-SAUCE-P223.ASPX)**

$8.00



(https://store.oskarblues.com/old-chub-hot-sauce-p263.aspx)

**OLD CHUB HOT SAUCE (HTTPS://STORE.OSKARBLUES.COM/OLD-CHUB-HOT-SAUCE-P263.ASPX)**

$8.00

**OSKAR BLUES BREWERY COOKBOOK (HTTPS://STORE.OSKARBLUES.COM/OSKAR-BLUES-BREWERY-COOKBOOK-P556.ASPX)**

$12.00



(https://store.oskarblues.com/oskar-blues-spices-chuburger-chubeesy-salt-p317.aspx)

**OSKAR BLUES SPICES, CHUBURGER CHUBEESY SALT (HTTPS://STORE.OSKARBLUES.COM/OSKAR-BLUES-SPICES-CHUBURGER-CHUBEESY-SALT-P317.ASPX)**

**$9.00**



(https://store.oskarblues.com/oskar-blues-spices-gknight-creole-mustard-p318.aspx)

**OSKAR BLUES SPICES, G'KNIGHT CREOLE MUSTARD (HTTPS://STORE.OSKARBLUES.COM/OSKAR-BLUES-SPICES-GKNIGHT-CREOLE-MUSTARD-P318.ASPX)**

**$8.00**



(https://store.oskarblues.com/oskar-blues-spices-phuket-thai-habanero-chile-p319.aspx)

**OSKAR BLUES SPICES, PHUKET THAI HABANERO CHILE (HTTPS://STORE.OSKARBLUES.COM/OSKAR-BLUES-SPICES-PHUKET-THAI-HABANERO-CHILE-P319.ASPX)**

**$12.00**



(https://store.oskarblues.com/oskar-blues-spices-rev-rogs-bbq-rub-p320.aspx)

**OSKAR BLUES SPICES, REV. ROG'S BBQ RUB (HTTPS://STORE.OSKARBLUES.COM/OSKAR-BLUES-SPICES-REV-ROGS-BBQ-RUB-P320.ASPX)**

$8.00



(https://store.oskarblues.com/b-stiff--sons-candy-root-beer-barrels-p71.aspx)

**B. STIFF & SONS CANDY, ROOT BEER BARRELS (HTTPS://STORE.OSKARBLUES.COM/B-STIFF--SONS-CANDY-ROOT-BEER-BARRELS-P71.ASPX)**

~~$4.00~~ $3.60



(HTTPS://TWITTER.COM/OSKARBLUES)

(HTTPS://INSTAGRAM.COM/OSKARBLUES)

NORTH CAROLINA

(HTTPS://WWW.FACEBOOK.COM/OSKARBLUESSOUTHEAST)

(HTTPS://TWITTER.COM/OSKARBLUESWNC)

(HTTPS://INSTAGRAM.COM/OSKARBLUESWNC/)

TEXAS

(HTTPS://WWW.FACEBOOK.COM/OSKARBLUESAUSTIN)

(HTTPS://WWW.YOUTUBE.COM/USER/OSKARBLUESCANZ/)

1800 PIKE ROAD, UNIT B
LONGMONT, CO 80501
PHONE:
303.776.1914
[TEL:3037761914]

CROWLER INFO:
CROWLER@OSKARBLUES.COM
[MAILTO:CROWLER@OSKARBLUES.COM]

RESTAURANTS:
ANITA@OSKARBLUES.COM
[MAILTO:ANITA@OSKARBLUES.COM]

MUSIC: BOOKING@OSKARBLUES.COM
[MAILTO:BOOKING@OSKARBLUES.COM]

GRAPHICS
(HTTPS://BRANDFOLDER.COM/OSKARBLUES)



(https://www.dnainfo.com/chicago/features/my-chicago)

WEST LOOP, NEAR WEST SIDE, PILSEN (//WWW.DNAINFO.COM/CHICAGO/WEST-LOOP-NEAR-WEST-SIDE-PILSEN)

Arts & Entertainment (/www.dnainfo.com/chicago/topics/arts-entertainment)   Food & Drink (//www.dnainfo.com/chicago/topics/food-drink)

## New Dark Lord Hot Sauce To Heat Up Annual Three Floyds Beer Fest

By Mark Konkol (//www.dnainfo.com/chicago/about-us/our-team/editorial-team/mark-konkol) | April 17, 2015 5:25pm
| *Updated on April 20, 2015 8:31am*

@KonkolsKorner (http://twitter.com/KonkolsKorner)

  



Inspired by the brewery's "It's Not Normal" slogan, Three Floyds chef Pat Niebling took ancho and guajillo chili peppers left behind after aging for a year in cognac barrels to make Dark Lor-

Three Floyds Brewery

UNIVERSITY VILLAGE — Dark Lord Day (http://darklordday.com/) is near ...
and this year things are about to heat up.

And that's got a lot to do with a very special Dark Lord-infused hot sauce stirred
up by Three Floyds Brewery (http://www.3floyds.com/) executive chef Pat
Niebling that's been bottled up, dipped in wax and set for sale at the annual beer
festival celebrating the Russian imperial stout touted as the "most wanted beer in
the world."

Inspired by the brewery's "It's Not Normal" slogan, Niebling took ancho and
guajillo chili peppers left behind after aging for a year in cognac barrels to make
Dark Lord de Merete, a highly sought-after barrel-aged version of what beer
experts consider the world's best Russian imperial stout.

"I was into hot sauce at the time, and they weren't doing anything with those

peppers in the barrels, so I decided to make some hot sauce," the chef said.

Niebling added red jalapenos, habanero and roasted poblano peppers, onions, garlic and carrots, mixed in vinegar and a bit of the unbottled stout left in the barrels, cooked the concoction for four hours to produce the deep red sauce that Three Floyd's founder Nick Floyd named "Dark Lord Head Hunter Hot Sauce."

It's spicy — about 6 on a scale of 1 to 10 — with sweetness from the carrots and hints of the chocolate and coffee flavors found in Dark Lord.

"Our chef took the initiative, and I got them some kick-ass art," Floyd said of the grenade-shaped hot sauce bottles adorned with an image of a female warrior from Middle-earth.

"The sauce is an evolution of [Niebling] growing as a chef."

If you want to buy a bottle to try at home, you're probably out of luck. There were only enough barrel-aged peppers for about 500 bottles. You can get one at Dark Lord Day on April 25, but the annual beer fest is already sold out.

But there was a chance to get a taste last Saturday at Bacon Fest at the UIC Forum. (http://baconfestchicago.com/when-is-baconfest/) That's where Niebling cooked up his version of a "Texas hot wing" that was slathered in Dark Lord Head Hunter Hot Sauce.

"I think it's really cool to have the hot sauce that comes from Dark Lord, a beer that has such a huge cult following, and really is another step to that," Niebling said.

"Dark Lord comes every year, and we're going to work on having a hot sauce every year. I'm pretty excited about how it all came together."

*For more neighborhood news, listen to DNAinfo Radio here:*



DNAinfo Radio Chicago
Wrigley's Bullpens Need A Save Of Their Own

| | 8K |
| --- | --- |
| DNAinfo Radio Chicago - Wrigley's Bullpens Need A Save Of Their Own | 8K |
| DNAinfo Radio Chicago - Everyone Survived The Brianna & Jaelin Walking Tour Of Edgewater | 8K |
| DNAinfo Radio Chicago - Contract Impasse Could Mean Teacher Strike This Fall | 3.4K |
| DNAinfo Radio Chicago - Newhart's Journey Home Would Have Driven Anyone Crazy | 2.5K |
| DNAinfo Radio Chicago - Ald. Dowell Frees Up Funds To Help 3rd Ward Schools | 1.6K |
| DNAinfo Radio Chicago - Another Chicago 'Up' House - This One On The Lake | 1.6K |
| DNAinfo Radio Chicago - Celebrating 100 Years of Radio Flyer in Chicago | 1K |

DNAinfo Radio Chicago
DNAinfo Radio "On Demand"
Cookie policy

**Get our daily West Loop, Near West Side, Pilsen news and alerts!**

| Email Address | Zip | Subscribe |
| --- | --- | --- |

By clicking subscribe, I agree to be bound by the Terms of Use (//www.dnainfo.com/chicago/about-us/terms) and Privacy Policy (//www.dnainfo.com/chicago/about-us/privacy-policy)

☄ **Recommended**

DOWNTOWN » (HTTPS://WWW.DNAINFO.COM/CHICAGO/DOWNTOWN-SOUTH-LOOP-RIVER-NORTH)

**Heinz Unveils New 'Chicago Dog Sauce' To Get Around Our No-Ketchup Rule**
(https://www.dnainfo.com/chicago/20170718/downtown/heinz-unveils-new-chicago-dog-sauce-get-around-our-no-ketchup-rule)

NEAR WEST SIDE » (HTTPS://WWW.DNAINFO.COM/CHICAGO/WEST-LOOP-NEAR-WEST-SIDE-PILSEN)

**City Workers Busted For Closing Street By United Center So Friends Can Park** (https://www.dnainfo.com/chicago/20170717/near-west-side/13-city-workers-disciplined-for-arranging-free-parking-near-united-center)

LAKEVIEW » (HTTPS://WWW.DNAINFO.COM/CHICAGO/LAKEVIEW-WRIGLEYVILLE)

**Lyft Shuttle, Which Offers Rides Along A Fixed Route, Growing In Chicago** (https://www.dnainfo.com/chicago/20170718/lakeview/lyft-shuttle-ridership-growing-rideshare-hailing)

DOUGLAS » (HTTPS://WWW.DNAINFO.COM/CHICAGO/BRONZEVILLE-WASHINGTON-PARK)

**Five Young Kids Try To Steal Woman's Car — But Can't Figure Out Ignition** (https://www.dnainfo.com/chicago/20170718/douglas/after-five-boys-tried-rob-woman-of-car-she-chases-them-down)



(https://www.dnainfo.com/ch

(https://www.dnainfo.com/ch

(https://www.dnainfo.com/ch

(https://www.dnainfo.com/ch
five-boys-tried-rob-woman-of-car-she-chases-them-down)


CHICAGO

(https://www.dnainfo.com/chicago)

DNAinfo is Chicago's leading neighborhood news source. We deliver up-to-the-minute reports on entertainment, education, politics, crime, sports, and dining. Our award-winning journalists find the stories - big or small - that matter most to Chicagoans.

Terms of Use
(/www.dnainfo.com/chicago/about-us/terms)

Privacy Policy
(/www.dnainfo.com/chicago/about-us/privacy-policy)

Copyright © 2009-2017, DNAinfo.
All Rights Reserved.

**NEWS**          **FEATURES**          **FOLLOW US**          **DNAinfo**

Arts & Entertainment (/www.dnainfo.com/chicago/topics/arts-entertainment/)

Business & Economy (/www.dnainfo.com/chicago/topics/business-economy/)

Chi Kids (/www.dnainfo.com/chicago/topics/chi-kids/)

Crime & Mayhem (/www.dnainfo.com/chicago/topics/crime-mayhem/)

Education (/www.dnainfo.com/chicago/topics/education/)

Food & Drink (/www.dnainfo.com/chicago/topics/food-drink/)

Health & Wellness (/www.dnainfo.com/chicago/topics/health-wellness/)

Politics (/www.dnainfo.com/chicago/topics/politics/)

Real Estate (/www.dnainfo.com/chicago/topics/real-estate/)

Religion (/www.dnainfo.com/chicago/topics/religion)

Sports & Outdoors (/www.dnainfo.com/chicago/topics/sports-outdoors)

The Latest (/www.dnainfo.com/chicago/chicago/the-latest)

Transportation (/www.dnainfo.com/chicago/topics/transportation)

Urban Animals (/www.dnainfo.com/chicago/topics/urban-animals)

Weather (/www.dnainfo.com/chicago/topics/weather)





# FOOD & BEER: PIKE BEER SAUCES & CONDIMENTS

Pike Kilt Lifter BBQ Sauce $6.95

Pike Organic Tomato Ketchup $6.95

Pike Organic Yellow Mustard $6.95

Pike XXXXX Stout Stone Ground Mustard $6.95

Share & Save!

## NEWSLETTER

Email address

Sign Up

## SOCIAL

## SHOP PIKE

- HOME
- GALLERY
- PIKE WEAR
- BEER WARE
- FOOD & BEER
- PIKE PET
- BOOKS

## ABOUT US

Shop Pike Brewing is about beer. We are beer lovers and the products we sell help enhance the beer experience. We design our own products and source them from the best suppliers we can find with an emphasis on sustainability. We endeavor to have as many American made products as possible.

VISA DISCOVER

# OUR CRAFT SALSA LINE

**Southside Salsa Co. Craft Salsa™ & Craft Beer Salsa™**  ›  Our Craft Salsa Line

Launching at Central Market Fort Worth and Southlake, our first two Fort Worth inspired flavors, Panther City Mild and Hells Half Acre Hot, can be found in the cold dairy section with other fine, fresh foods.

The Rahr & Sons Brewing Co. co-branded products will be available wherever Rahr products are sold. This is a shelf stable salsa available in the salsa isle. As of May, 2014 you can find the Rahr salsa line at Specs, Total Wine and Central Market – DFW locations only.



Back in the lean years of 1873, a writer said Fort Worth was so sleepy he'd seen a panther sleepin' on the street outside the courthouse. But if you look at Cowtown today, it's fresh, alive and kicking. Just like our Sleeping Panther Craft Salsa™. The fresh ingredients will bring any food to life and provide just enough kick to make you understand, it's no pussycat.

Panther City Mild craft salsa™ is available in special order only. Please email **info@southsidesalsaco.com** for more ordering details.



Fort Worth was once home to the most notorious spot in Texas. Hells Half Acre had almost as many saloons, brothels and gambling halls as it had cattle. Almost. Gunslingers and outlaws like Bat Masterson, Doc Holiday, Butch and Sundance were regulars. Now Southside Salsa Co pays tribute to Hells Half Acre with a craft salsa™ hot enough to show any taste buds one helluva a good time.

Hells Half Acre Hot craft salsa™ is available in special order only. Please email **info@southsidesalsaco.com** for more ordering details.



Southside Salsa Co. has a craft beer salsa™ called Ugly Chipugly! It is a bold flavor brewed up by Jason Harskjold, Founder and Head Chef at Southside Salsa. The craft beer inspired salsa notes a smoky chipotle flavor that compliments the coffee and chocolate undertones of Rahr & Son's Ugly Pug Black Lager, making for a salsa that not only has bark, but a bite. And, bite it does! If you've been looking for something with a kick, grab a jar this week and see how good it feels and tastes to get ugly!



Southside Salsa Co. latest craft beer salsa™ flavor "TEXAS ROJA" is here! Texas Roja (that's red for all you gringos) is a new flavor brewed up by Jason Harskjold, Founder and Head Chef at Southside Salsa. The second in our line of craft beer inspired salsas, Texas Roja is a medium red craft salsa™ that uses fresh ingredients and blends in just the right amount of Rahr & Son's Texas Red Amber Lager. The notes of caramel and slight hoppy bitterness of Texas Red are the perfect addition to a great medium salsa. So get in the Texas spirit with a true craft inspired salsa.



Rahr & Son's Blonde Lager has the honor of being Fort Worth's original craft beer. And we figured one first deserves another, so we blended Rahr's Blonde Lager with fire roasted yellow bell peppers to create a delicious craft beer salsa™ like no other. The beer's sweetness perfectly complements our unique blend of peppers and spices, creating a first in class flavor we're sure you're gonna love. Because here in Fort Worth, we're no strangers to salsa, beer and blondes.

**Craft Salsa™ Recipes**

**Buy Rahr Craft Salsa™ Online**

## SOUTHSIDE SALSA CO.



PO Box 8816
Fort Worth, Texas 76124

**SEE MAP >**

Home › Store › Home & Bar › Home & Bar

# Food

 

**Cookbook**

$6.00



**Brown Sugar Seasoning**

$5.00

 

**Grill Set**

$50.00



**Jerk Seasoning**

$5.00



**Smoked Sea Salt Seasoning**

$5.00

My Account | Gift Certificates | Sign in or Create an account | Items / $0.00

# ROGUE

Search        SUBM

All prices are in USD

## ROGUE ALES, CIDERS & SODAS    APPAREL    UNIQUE THUNDER



## FEATURED PRODUCTS



Paradise Pucker Sour Ale

**$6.99**

ADD TO CART

Dead Guy Sticker - Small

**$0.50**

ADD TO CART

Women's Dead Guy T-shirt

**$20.00**

CHOOSE OPTIONS

Rogue Revolution Pint Glass
- Set of 2

**$8.50**

ADD TO CART





Rogue Blackout Hat

**$25.00**

CHOOSE OPTIONS

# CURRENT TOP SELLERS









Rogue Sriracha Hot Stout Beer

**$13.99**

☆ ☆ ☆ ☆ ☆

**ADD TO CART**

Hopoes

**$13.00**

Not Rated

**ADD TO CART**

Rogue Nation Bumper Sticker

**$0.50**

Not Rated

**ADD TO CART**

Rogue Albacore Tuna

**$6.25**

Not Rated

**ADD TO CART**



Dead Guy Pint Glass - Set of 2

**$8.50**

Not Rated

**ADD TO CART**

FAMILIES

Rogue Farms
Dead Guy
Rogue Spirits
Rogue Nation
Yellow Snow
Rogue Soda
Rogue Stout Glass
Santa's Private Reserve
American Amber
Beard
View all brands

CATEGORIES

Rogue Ales, Ciders & Sodas
Apparel
Unique Thunder
View all categories

POLICIES

Shipping and Returns
Alcohol Sale Policy
Contact Us

CONNECT WITH US

NEWSLETTER

Name

Email

**SUBMIT**

All prices are in USD. © 2017 Rogue Ales. Sitemap | Shopping Cart Software by BigCommerce

Welcome

Wish list   Login

**Shopping basket**

0 product(s)

HOME    **STONE BREWING**    ARROGANT BREWING    BEER

Product name or item number

# STONE BREWING

HOME

**STONE BREWING**

Men

Women

Accessories

Barware / Glassware

Food

Books

Gift Card

Other Stuff

**ARROGANT BREWING**

**BEER**

Sort by:    Product Name   Price

PRODUCT NAME           PRICE



**DELICIOUS GREEN SRIRACHA SAUCE**    **$7.00**    ADD TO BASKET

**DELICIOUS IPA CANDLE PINT GLASS**          $20.00          ADD TO BASKET

**DELICIOUS IPA PINT GLASS**          $3.50          ADD TO BASKET

**DELICIOUS IPA TAP HANDLE**          $40.00          ADD TO BASKET

**ENJOY BY PREMIUM TEE**          $24.00          ADD TO BASKET

**GIFT CARD - $100**          $100.00          ADD TO BASKET

**GIFT CARD - $25**          $25.00          ADD TO BASKET

**GIFT CARD - $50**          $50.00          ADD TO BASKET

**GO TO IPA PINT GLASS**          $3.50          ADD TO BASKET

**GO TO IPA TAP HANDLE**          $40.00          ADD TO BASKET

**GROWLER 1L**          $9.25          ADD TO BASKET

**GROWLER 2L**          $12.00          ADD TO BASKET



**GROWLER 40OZ SBC**  $40.00  ADD TO BASKET

**IPA BREWING TECHNIQUES BOOK**  $24.95  ADD TO BASKET

**IPA CANDLE PINT GLASS**  $20.00  ADD TO BASKET

**IPA CYCLING JERSEY**  $70.00  ADD TO BASKET

**IPA MUSTARD**  $5.00  ADD TO BASKET

**IPA SPECIALTY GLASS**  $7.00  ADD TO BASKET

**IPA TAP HANDLE**  $40.00  ADD TO BASKET

**IPA TEE**  $20.00  ADD TO BASKET

**MIIR GROWLER 40OZ**  $30.00  ADD TO BASKET

**OLD GUARDIAN SPECIALTY GLASS**  $7.00  ADD TO BASKET



**PALE ALE MUSTARD 2.0**    **$5.00**    ADD TO BASKET

**RIPPER TAP HANDLE**    **$40.00**    ADD TO BASKET

**RUIN IIPA PINT GLASS**    **$3.50**    ADD TO BASKET

Results 1-25        1  **2  3  ...  7**        Show  25  ⌄

## QUICK LINKS

| Home | Contact us | FAQs | Shopping basket |
| Login | My account | Gift Card Balance | |

VISA  MasterCard  AMERICAN EXPRESS  PayPal

## NEWSLETTER

Subscribe to our newsletter.

E-mail address
>

Unsubscribe

© Copyright 2017 Stone Brewing All rights reserved.

Visit us | Contact us | Privacy policy | Disclaimer

Welcome

**Wish list**   **Login**

**Shopping basket**
0 product(s)

**HOME**    **STONE BREWING**    **ARROGANT BREWING**    **BEER**

Product name or item number

**FOOD**

HOME

**STONE BREWING**

Men

Women

Accessories

Barware /
Glassware

**Food**

BBQ Sauce

Hot Sauces

Mustards

Books

Gift Card

Other Stuff

**ARROGANT
BREWING**

**BEER**

Sort by:    **Product Name**   **Price**

**PRODUCT NAME**



**DELICIOUS GREEN SRIRACHA SAUCE**    $7.00    ADD TO BASKET

**IPA MUSTARD**    $5.00    ADD TO BASKET

**PALE ALE MUSTARD 2.0**    $5.00    ADD TO BASKET

**RUINATION MUSTARD GRILL SAUCE**    $7.00    ADD TO BASKET

Results 1-4                    1                    Show  25

---

**QUICK LINKS**

Home              Contact us        FAQs
Login             My account        Gift Card Balance

Shopping basket

VISA  MasterCard  American Express  PayPal

**NEWSLETTER**

Subscribe to our newsletter.

E-mail address

>

Unsubscribe

© Copyright 2017 Stone Brewing All rights reserved.

Visit us  |  Contact us  |  Privacy policy  |  Disclaimer



Customer Service    My Account    My Cart        Submit Qu

GIFT SHOP HOME | THREADS | STOCK YOUR BAR | SHOW IT OFF | GIFT IT AWAY | NEW | SALE | Login | Register



## Shop

**PALE ALE** (1)
**PORTER** (2)
**STOUT** (2)

## Price

**$0.00 - $9.99** (3)
**$10.00 AND ABOVE** (3)

## Style

**HOP HUNTER BBQ SAUCE** (1)
**REGULAR BRITTLE** (1)
**STOUT BBQ SAUCE** (1)



Sierra Nevada Mustard - Jar

**$3.75**



Sierra Nevada Mustard - Squeeze Bottle

**$4.00**



Sierra Nevada Original BBQ Sauce

**$10.00**



Sierra Nevada Peanut Brittle

**$15.00**



SNBC Cascade Hop Salt

**$10.00**



Torpedo Hot Sauce

**$5.00**

Sign Up For Our Mailing List

Email Address    GO

Find Our Beers Near You

Zip Code    LOCATE BEERS